U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 1 1 2011

JAMES N. HATTEN, Clerk
By: _____
~~Deputy Clerk~~

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

DIVISION ATLANTA
(USAO 2009R00115)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

DISTRICT COURT NO. 1:11-CR-239

MAGISTRATE CASE NO. _____

COUNTY NAME: Fulton

_X_ Indictment   __ Information   __ Magistrate's Complaint
DATE: May 11, 2011   DATE:   DATE:

UNITED STATES OF AMERICA
vs.
**MARIA MADRIZ-HERNANDEZ (12),**
a/k/a Sandra

SUPERSEDING
Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:
(as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony   __ Misdemeanor

TOTAL COUNTS:
(as to deft)

**DEFENDANT:**

IS NOT IN CUSTODY:

1. _X_ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding __ Yes __ No
Date: _____   Issued by: _____

IS IN CUSTODY:

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   __ Federal __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes   __ No
   If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE: _____
JUDGE: _____
A.U.S.A.: LISA W. TARVIN
DEFT'S ATTY: _____

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY
BY: LISA W. TARVIN
Assistant United States Attorney

DATE: May 11, 2011