U.S. Department of Justice
United States Attorney

**FILED IN OPEN COURT**
U.S.D.C. - Atlanta

MAY 1 1 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

DIVISION ATLANTA
(USAO 2009R00115)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:11-CR-239

MAGISTRATE CASE NO. ~~_____~~

| _X_ Indictment | __ Information | __ Magistrate's Complaint |
|---|---|---|
| DATE: May 11, 2011 | DATE: | DATE: |

| UNITED STATES OF AMERICA vs. **SAMANTHA SEPULVEDA-MADRIZ (13)** | SUPERSEDING |
|---|---|
| | Prior Case No. & Date Filed |

VIOLATION:

COUNTS CHARGED:
(as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony    __ Misdemeanor

TOTAL COUNTS:
(as to deft)

**DEFENDANT:**

<u>IS NOT IN CUSTODY:</u>

1. _X_ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. ____ Is on bail or release from (district, state & date):
   _____

DATE OF ARREST: _____
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding __ Yes __ No
Date: _____   Issued by: _____

<u>IS IN CUSTODY:</u>

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __Yes __ No
   ____ Federal ___ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes    __ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____ |
|---|---|
| | JUDGE: |
| | A.U.S.A.: LISA W. TARVIN |
| | DEFT'S ATTY: |

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY
BY: LISA W. TARVIN
Assistant United States Attorney

DATE: May 11, 2011