U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

MAY 1 1 2011

DIVISION ATLANTA    JAMES N. HATTEN, Clerk
(USAO 2009R001) By:
Deputy Clerk

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

COUNTY NAME: Fulton

DISTRICT COURT NO. 1 11-CR-239

MAGISTRATE CASE NO. _____

_X_ Indictment          ___ Information          ___ Magistrate's Complaint
DATE: May 11, 2011     DATE:                    DATE:

| UNITED STATES OF AMERICA vs. **RAUL VALENCIA (14)** | SUPERSEDING |
|---|---|
| | Prior Case No. & Date Filed |

VIOLATION:

COUNTS CHARGED:                          TOTAL COUNTS:
(as to deft)                             (as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony    ___ Misdemeanor

**DEFENDANT:**

<u>IS NOT IN CUSTODY:</u>

1. _X_ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date):
   _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding ___ Yes ___ No
   Date: _____                    Issued by: _____

<u>IS IN CUSTODY:</u>

4. ___ On this charge.
5. ___ On another conviction.
6. Awaiting trial on other charges ___Yes ___No
   ___ Federal  ___ State
      If Yes, show name of institution _____
      Has detainer been filed ___ Yes      ___ No
      If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____ |
|---|---|
| | JUDGE: _____ |
| | A.U.S.A.: LISA W. TARVIN |
| | DEFT'S ATTY: _____ |
| | SALLY QUILLIAN YATES |
| | UNITED STATES ATTORNEY |
| | BY: LISA W. TARVIN |
| | Assistant United States Attorney |
| | DATE: May 11, 2011 |