FILED IN OPEN COURT
U.S.D.C. - Atlanta

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

MAY 1 1 2011

DIVISION ATLANTA  **JAMES N. HATTEN, Clerk**
(USAO 2009R00 By:)

**Deputy Clerk**

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT**

COUNTY NAME: Fulton

DISTRICT COURT NO. 1 11 - CR - 239

MAGISTRATE CASE NO. ▬▬▬▬▬

_X_ Indictment            __ Information                    __ Magistrate's Complaint

DATE: May 11, 2011            DATE:                    DATE:

| UNITED STATES OF AMERICA vs. **JOSE VALENCIA, a/k/a Cobo (15),** | SUPERSEDING |
|---|---|
| | Prior Case No. & Date Filed |

VIOLATION:

COUNTS CHARGED:            TOTAL COUNTS:
(as to deft)                (as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony        __ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. _X_ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. ___ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal: _____

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding __ Yes __ No
   Date: _____        Issued by: _____

IS IN CUSTODY:

4. __  On this charge.
5. __  On another conviction.
6. __ Awaiting trial on other charges __ Yes __ No
   ___ Federal  __ State
      If Yes, show name of institution _____
      Has detainer been filed __ Yes        __ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____ |
|---|---|
| | JUDGE: _____ |
| | A.U.S.A.:  **LISA W. TARVIN** |
| | DEFT'S ATTY: _____ |

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY
BY:  LISA W. TARVIN _____
   Assistant United States Attorney

DATE:  May 11, 2011 _____