U.S. Department of Justice
United States Attorney
Northern District of Georgia

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 1 1 2011

# United States District Court
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

JAMES N. HATTEN, Clerk
By:  Deputy Clerk

United States

v.

MARIA MADRIZ-HERNANDEZ (12),
a/k/a Sandra,

**Agent to Arrest**

No. 1:11-CR-239

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

LISA W. TARVIN
Assistant United States Attorney

Filed In Clerk's Office, this _____

of _____, 20_____

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHALL
BY: _____ 5/12/11
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94