U.S. Department of Justice

United States Attorney
Northern District of Georgia

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

## United States District Court
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

MAY 1 1 2011

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

United States

v.

SAMANTHA SEPULVEDA-MADRIZ (13)

No. 11-CR-239

**Agent to Arrest**

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

_____
LISA W. TARVIN
Assistant United States Attorney

Filed In Clerk's Office, this _____

of _____, 20_____

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHALL

BY: _____
DEPUTY CLERK

Form No. USA-19-8
(Rev 08/06/87)
N.D Ga. 08/26/94