U.S. Department of Justice
United States Attorney
Northern District of Georgia

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

# United States District Court
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

MAY 1 1 2011
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

United States

v.

RAUL VALENCIA (14)

No. 1 11-CR-239

**Agent to Arrest**

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

_____
LISA W. TARVIN
Assistant United States Attorney

Filed In Clerk's Office, this _____

of _____, 20_____

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL 5/12/11
BY: _____ DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94