U.S. Department of Justice
United States Attorney
Northern District of Georgia

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 1 1 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# United States District Court
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

United States

v.

JOSE VALENCIA,
   a/k/a Cobo  (15)

**Agent to Arrest**

No. 1　11-CR-239

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

_____
LISA W. TARVIN
Assistant United States Attorney

Filed In Clerk's Office, this _____

of _____, 20_____

_____
Clerk

By _____
     Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHALL
5/12/11
BY: _____ DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94