ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 0 8 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL INDICTMENT |
| v. | NO. 1:11-CR-239 |
| ADRIAN MARTINEZ-MONTANEZ (01), <br> a/k/a Alex, <br> ROBERTO PEREZ-MENDOZA (02), <br> a/k/a Carlos, <br> FRANKLIN ALVARADO-MEJIA (03), <br> a/k/a Frankie, <br> MARVIN EDLEMAN RODAS-PEREZ (04), <br> a/k/a Marvin, <br> LUIS ALBERTO HERNANDEZ- <br> MEJIA (05), <br> AMADO ERIVES-MONTES (06), <br> JAVIER COLON-HERNANDEZ (07), <br> a/k/a Cabo, <br> CARLOS MORALES (08), <br> WILSON TEJADA (09), <br> FATIMA VASQUEZ (10), <br> JESUS MANUEL SANDOVAL (11), <br> MARIA MADRIZ-HERNANDEZ (12), <br> a/k/a Sandra, <br> SAMANTHA SEPULVEDA-MADRIZ (13), <br> RAUL VALENCIA (14), <br> JOSE VALENCIA, <br> a/k/a Cobo (15), <br> MARTIN AYALA-CASTENEDA (16), <br> FAUSTO BUENO-ALVAREZ (17), <br> a/k/a Gordo, <br> FELIX JOSE VARGAS (18), | |

CELEDONIO VICTOR ESTRADA (19), :
   a/k/a Chaparro, :
JOSE VARGAS (20), :
   a/k/a Mayate, :
PEDRO PABLO GOMEZ-RIVERO (21), :
   a/k/a Trucha, :
MANUEL ZUNIGA (22), :
   a/k/a Bebe, :
JOSE SANCHEZ-VALENCIA (23), :
GEOVANY MARTINEZ-VARGAS (24), :
SONIA SANCHEZ (25), :
CARMEN BARBOSA MENDOZA (26), :
   a/k/a Maricarmen Mendoza-
   Cardenes, :
MARIA DEL ROSARIO
   DIAZ-GARCIA (27), :
   a/k/a Chayo, :
DESIREE FRAGOZA (28), :
   a/k/a Gorda, :
TOMAR SHAW (29), :
   a/k/a Jay, :
DAVID SANCHEZ (30), :
JUAN CASTINANDA (31), :
   a/k/a Brujo, and :
RUDY VALENCIA (32). :

## MOTION TO UNSEAL INDICTMENT

Comes now the United States of America by and through counsel, Sally Quillian Yates, United States Attorney, and Lisa W. Tarvin and Michael V. Herskowitz, Assistant United States Attorneys, and respectfully requests that the above-styled Indictment be unsealed for the following reason:

1.

Due to anticipated arrests of defendants on Wednesday, June 8, 2011.

WHEREFORE, the United States of America respectfully requests that this Indictment be unsealed.

Submitted this 8th day of June, 2011.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

LISA W. TARVIN
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 574960

600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA 30303
(404)581-6000
(404)581-6171 (Fax)