ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 0 8 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL INDICTMENT |
| v. | NO. 1:11-CR-239 |
| ADRIAN MARTINEZ-MONTANEZ (01), a/k/a Alex, | |
| ROBERTO PEREZ-MENDOZA (02), a/k/a Carlos, | |
| FRANKLIN ALVARADO-MEJIA (03), a/k/a Frankie, | |
| MARVIN EDLEMAN RODAS-PEREZ (04), a/k/a Marvin, | |
| LUIS ALBERTO HERNANDEZ-MEJIA (05), | |
| AMADO ERIVES-MONTES (06), | |
| JAVIER COLON-HERNANDEZ (07), a/k/a Cabo, | |
| CARLOS MORALES (08), | |
| WILSON TEJADA (09), | |
| FATIMA VASQUEZ (10), | |
| JESUS MANUEL SANDOVAL (11), | |
| MARIA MADRIZ-HERNANDEZ (12), a/k/a Sandra, | |
| SAMANTHA SEPULVEDA-MADRIZ (13), | |
| RAUL VALENCIA (14), | |
| JOSE VALENCIA, a/k/a Cobo (15), | |
| MARTIN AYALA-CASTENEDA (16), | |
| FAUSTO BUENO-ALVAREZ (17), a/k/a Gordo, | |
| FELIX JOSE VARGAS (18), | |
| CELEDONIO VICTOR ESTRADA (19), a/k/a Chaparro, | |
| JOSE VARGAS (20), a/k/a Mayate | |

PEDRO PABLO GOMEZ-RIVERO (21), :
   a/k/a Trucha, :
MANUEL ZUNIGA (22), :
   a/k/a Bebe, :
JOSE SANCHEZ-VALENCIA (23), :
GEOVANY MARTINEZ-VARGAS (24), :
SONIA SANCHEZ (25), :
CARMEN BARBOSA MENDOZA (26), :
   a/k/a Maricarmen Mendoza- :
   Cardenes, :
MARIA DEL ROSARIO :
   DIAZ-GARCIA (27), :
   a/k/a Chayo, :
DESIREE FRAGOZA (28), :
   a/k/a Gorda, :
TOMAR SHAW (29), :
   a/k/a Jay, :
DAVID SANCHEZ (30), :
JUAN CASTINANDA (31), :
   a/k/a Brujo, and :
RUDY VALENCIA (32). :

## ORDER

Having read and considered the government's Motion to Unseal Indictment and for good cause shown,

It is hereby ORDERED that the Indictment be unsealed.

This 8 day of June, 2011.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE

_____
Presented by
LISA W. TARVIN, AUSA