**MAGISTRATE'S CRIMINAL MINUTES**
**ARRAIGNMENT**
  **PLEA AND**
    **SENTENCE**



Time in court: ____ Hrs __26__ Min

Filed in Open Court: Date: __6/8/11__ Time: __3:38__ Tape __FTR__

Magistrate (presiding): __C. CHRISTOPHER HAGY__   Deputy Clerk __CAROLE BURKS__

Case Number: __1:11-CR-239__   Defendant's Name: __MARVIN EDLEMAN RODAS-PEREZ__

AUSA: __LISA TARVIN__   Defendant's Attorney: __STEPHANIE KEARNS__

USPO/PTR: _____   Type Counsel: ( ) Retained ( ) CJA (X) FPD ( ) Waived

____ ARREST DATE _____

__X__ INTERPRETER __SANDRA BRAVO__

__X__ INITIAL APPEARANCE HEARING. ( ) in THIS DISTRICT   Dft. In Custody? ( ) Yes ( ) No
____ Defendant advised of right to counsel. WAIVER OF COUNSEL filed.
__X__ ORDER appointing Federal Defender Program as counsel. (X) INITIAL APPEARANCE ONLY
____ ORDER appointing _____ (State Bar of Ga. # _____) as counsel.
____ ORDER giving defendant _____ days to employ counsel. (cc: serv. by Mag)
____ Dft. to pay attorney fees as follows: _____
____ INFORMATION/COMPLAINT filed. _____ WAIVER ON INDICTMENT filed.
__X__ Copy indictment/information given to dft? (X) Yes ( ) No   Read to dft? ( ) Yes (X) No.
____ CONSENT TO TRIAL BEFORE MAGISTRATE (MISD/PETTY) offense filed.
____ ARRAIGNMENT HELD. ( ) superseding indictment/information.
__X__ ARRAIGNMENT continued until __6/13/11__ at __11:00__   Request of (X) Gvt. ( ) Dft.
____ Dft. fails to appear for arraignment. BENCH WARRANT ISSUED _____
____ Dft. enters PLEA OF NOT GUILTY. ( ) Dft. stood mute plea of NOT GUILTY entered.
____ MOTION TO CHANGE PLEA, and order allowing same.
____ PLEA OF GUILTY/NOLO as to counts _____
____ Petition to enter plea of GUILTY/NOLO filed.
____ NEGOTIATED PLEA between Government and defendant filed.
__X__ ASSIGNED TO JUDGE __PANNELL__ for: (X) trial ( ) arraignment/sentence.
__X__ ASSIGNED TO MAGISTRATE __SCOFIELD__ for pretrial proceedings.
__X__ Estimated trial time: ____ days ( ) SHORT ( ) MEDIUM (X) LONG
____ CONSENT TO PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until _____ at _____ for sentencing.
__X__ See other side.

<u>　　　　　　　　　　　**MARVIN EDLEMAN RODAS-PEREZ**　　　　　　　　</u>　　Defendant

<u>X</u>　　Government MOTION FOR DETENTION filed. Hearing set for 　<u>　6/13/11　　　</u>　 at 　<u>　11:00　</u>
<u>X</u>　　Temporary commitment issued.

BOND/PRETRIAL DETENTION HEARING

\_\_\_\_\_ BOND/PRETRIAL DETENTION hearing held.
\_\_\_\_\_ MOTION FOR REDUCTION OF BOND hearing held.
\_\_\_\_\_ MOTION FOR REDUCTION OF BOND ( ) GRANTED ( ) DENIED
\_\_\_\_\_ WRITTEN ORDER TO FOLLOW.
\_\_\_\_\_ GOVERNMENT MOTION FOR DETENTION ( ) GRANTED ( ) DENIED
\_\_\_\_\_ WRITTEN ORDER TO FOLLOW.

\_\_\_\_\_ BOND SET AT $_____
\_\_\_\_\_ Non-surety
\_\_\_\_\_ Surety ( ) Cash ( ) Property ( ) Corporate surety ONLY
\_\_\_\_\_ SPECIAL CONDITIONS: _____

\_\_\_\_\_ Bond Filed: defendant released.
\_\_\_\_\_ Bond NOT EXECUTED defendant to remain in Marshal's custody.

SENTENCE : _____