MAGISTRATE'S CRIMINAL MINUTES
ARRAIGNMENT
PLEA AND
SENTENCE



Time in court: _____ Hrs __26__ Min

Filed in Open Court:   Date: __6/8/11__   Time: __3:38__   Tape _____ FTR _____

Magistrate (presiding): __C. CHRISTOPHER HAGY__   Deputy Clerk __CAROLE BURKS__

Case Number: __1:11-CR-239__   Defendant's Name: __MARTIN AYALA-CASTENEDA__

AUSA: __LISA TARVIN__   Defendant's Attorney: __STEPHANIE KEARNS__

USPO/PTR: _____   Type Counsel: ( ) Retained  ( ) CJA  (X) FPD  ( ) Waived

_____ ARREST DATE _____

__X__ INTERPRETER __SANDRA BRAVO__

__X__ INITIAL APPEARANCE HEARING. ( ) in THIS DISTRICT   Dft. In Custody? ( ) Yes  ( ) No
_____ Defendant advised of right to counsel. WAIVER OF COUNSEL filed.
__X__ ORDER appointing Federal Defender Program as counsel. ( X ) INITIAL APPEARANCE ONLY
_____ ORDER appointing _____ (State Bar of Ga. # _____) as counsel.
_____ ORDER giving defendant _____ days to employ counsel. (cc: serv. by Mag)
_____ Dft. to pay attorney fees as follows: _____
_____ INFORMATION/COMPLAINT filed. _____ WAIVER ON INDICTMENT filed.
__X__ Copy indictment/information given to dft? ( X ) Yes ( ) No   Read to dft? ( ) Yes ( X ) No.
_____ CONSENT TO TRIAL BEFORE MAGISTRATE (MISD/PETTY) offense filed.
_____ ARRAIGNMENT HELD. ( ) superseding indictment/information.
__X__ ARRAIGNMENT continued until __6/13/11__ at __11:00__   Request of ( X ) Gvt. ( ) Dft.
_____ Dft. fails to appear for arraignment. BENCH WARRANT ISSUED _____
_____ Dft. enters PLEA OF NOT GUILTY. ( ) Dft. stood mute plea of NOT GUILTY entered.
_____ MOTION TO CHANGE PLEA, and order allowing same.
_____ PLEA OF GUILTY/NOLO as to counts _____
_____ Petition to enter plea of GUILTY/NOLO filed.
_____ NEGOTIATED PLEA between Government and defendant filed.
__X__ ASSIGNED TO JUDGE __PANNELL__ for: ( X ) trial ( ) arraignment/sentence.
__X__ ASSIGNED TO MAGISTRATE __SCOFIELD__ for pretrial proceedings.
__X__ Estimated trial time: _____ days ( ) SHORT ( ) MEDIUM ( X ) LONG
_____ CONSENT TO PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until _____ at _____ for sentencing.
__X__ See other side.

**MARTIN AYALA-CASTENEDA** Defendant

_X_ Government MOTION FOR DETENTION filed. Hearing set for ___6/13/11___ at ___11:00___
_X_ Temporary commitment issued.

BOND/PRETRIAL DETENTION HEARING

____ BOND/PRETRIAL DETENTION hearing held.
____ MOTION FOR REDUCTION OF BOND hearing held.
____ MOTION FOR REDUCTION OF BOND ( ) GRANTED ( ) DENIED
____ WRITTEN ORDER TO FOLLOW.
____ GOVERNMENT MOTION FOR DETENTION ( ) GRANTED ( ) DENIED
____ WRITTEN ORDER TO FOLLOW.

____ BOND SET AT $_____
____ Non-surety
____ Surety ( ) Cash ( ) Property ( ) Corporate surety ONLY
____ SPECIAL CONDITIONS: _____

____ Bond Filed: defendant released.
____ Bond NOT EXECUTED defendant to remain in Marshal's custody.

SENTENCE : _____