AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



2011 MAY 12 PM 3: 0〡

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

MARVIN EDLEMAN RODAS-PEREZ
(Agent to Arrest)

WARRANT FOR ARREST

CASE NO. 1:11-CR-239

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest LUIS ALBERTO HERNANDEZ-MEJIA and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): **Conspiracy to Possess with Intent to Distribute Controlled Subsatnce**

in violation of **Title 21, United States Code, Section(s) 846, 841(a)(1)**

JAMES N. HATTEN
Name of Issuing Officer

_Carole Dyson_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

May 12, 2011 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
Name of Judicial Officer

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at: DEA

JUN 10 2011

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

Date Received: _____

Date of Arrest: 6-8-11

S/A Greg Malloy
Name and Title of Arresting Officer

_Thomi Benton, USMS N/GA_
Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

RECEIVED
2011 MAY 12 PM 3:01
U.S. MARSHALS SERVICE
NORTHERN GA


SEALED

UNITED STATES OF AMERICA,

vs.

MARTIN AYALA-CASTENEDA
(Agent to Arrest)

WARRANT FOR ARREST

CASE NO. 1:11-CR-239

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest MARTIN AYALA-CASTENEDA and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): **Conspiracy to Possess with Intent to Distribute Controlled Subsatnce**

in violation of **Title 21, United States Code, Section(s) 846, 841(a)(1)**

JAMES N. HATTEN
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

May 12, 2011 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

FILED IN OPEN COURT
U.S.D.C. - Atlanta
MAY 18 2011
JAMES N. HATTEN, Clerk
By: *(signature)*
Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 6-8-11

Date of Arrest: 6-8-11

Michael Rountree SA
Name and Title of Arresting Officer

*Michael Rountree*
Signature of Arresting Officer