AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



2011 MAY 12 PM 3:01

UNITED STATES OF AMERICA,

vs.

JOSE VALENCIA
(Agent to Arrest)

**WARRANT FOR ARREST**

CASE NO. 1:11-CR-239

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JOSE VALENCIA and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with (brief description of offense): **Conspiracy to Possess with Intent to Distribute Controlled Subsatnce**

in violation of **Title 21, United States Code, Section(s) 846, 841(a)(1)**

JAMES N. HATTEN
Name of Issuing Officer

_Carole Burke_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

May 12, 2011 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at: DEA

JUN 10 2011

JAMES N. HATTEN, CLERK

S/A BRIAN EVERETT
Name and Title of Arresting Officer

_Anthoni Benton, USMS N/GA._
Signature of Arresting Officer

Date Received: _____

Date of Arrest: 6-8-11

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



2011 MAY 12 PM 3: 01

UNITED STATES OF AMERICA,

vs.

JOSE VALENCIA
(Agent to Arrest)

WARRANT FOR ARREST

CASE NO. 1:11-CR-239

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JOSE VALENCIA and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense): **Conspiracy to Possess with Intent to Distribute Controlled Subsatnce**

in violation of **Title 21, United States Code, Section(s) 846, 841(a)(1)**

JAMES N. HATTEN
Name of Issuing Officer

*Carole Burk* (signature)
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

May 12, 2011 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

FILED IN OPEN COURT
U.S.D.C. - Atlanta

## RETURN

MAY 18 2011

This warrant was received and executed with the arrest of the above-named defendant at:

JAMES N. HATTEN/Clerk
By: _____ Deputy Clerk

Date Received: 6-8-11

Date of Arrest: 6-8-11

Michael Rountree SA
Name and Title of Arresting Officer

*Michael Rountree* (signature)
Signature of Arresting Officer