AO 442 (12/85) Warrant for Arrest



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

2011 MAY 12  PM 3: 01

UNITED STATES OF AMERICA,                                    **WARRANT FOR ARREST**

vs.

JOSE VARGAS                                                   CASE NO. 1:11-CR-239
**(Agent to Arrest)**

To:     The United States Marshal
        and any Authorized United States Officer

        **YOU ARE HEREBY COMMANDED** to arrest JOSE VARGAS and bring him or her forthwith to
the nearest magistrate to answer a(n)

■ Indictment      ☐ Information      ☐ Complaint      ☐ Order of Court      ☐ Violation Notice      ☐ Probation Violation Petition

Charging him or her with (brief description of offense): **Conspiracy to Possess with Intent to Distribute Controlled**

**Subsatnce**

in violation of **Title 21, United States Code, Section(s) 846, 841(a)(1)**

JAMES N. HATTEN                                              Clerk, U.S. District Court
Name of Issuing Officer                                      Title of Issuing Officer

                                                            May 12, 2011  at  Atlanta, Georgia
Signature of Issuing Officer                                 Date and Location

Bail Fixed at $_____                  By:_____   FILED IN CLERK'S OFFICE
                                                    Name of Judicial Officer      U S D C. Atlanta

─────────────────────────────────────────────────────────────────────────────────────

                                    **RETURN**                              JUN 10 2011

This warrant was received and executed with the arrest of the above-named defendant at: JAMES N. HATTEN, CLERK
                                                                                          Deputy Clerk
                                    DEA

Date Received: _____              S/A Michael Koverfree
                                            Name and Title of Arresting Officer

Date of Arrest:  6-8-11                     by: Shoni Benton, USMS N/GA.
                                            Signature of Arresting Officer