AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



2011 MAY 12 PM 3:01

UNITED STATES OF AMERICA,

vs.

SONIA SANCHEZ
**(Agent to Arrest)**

WARRANT FOR ARREST

CASE NO. 1:11-CR-239

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest SONIA SANCHEZ and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): **Conspiracy to Possess with Intent to Distribute Controlled Subsatnce**

in violation of **Title 21, United States Code, Section(s) 846, 841(a)(1)**

JAMES N. HATTEN
Name of Issuing Officer

_Carole Burk_ (signature)
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

May 12, 2011 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 10 2011
JAMES N. HATTEN, CLERK
_Chambers_ (signature)
Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at DEA

Date Received: _____

Date of Arrest: 6-8-11

S/A GREG MALLOY
Name and Title of Arresting Officer

_by: Ahoni Benton, USMS N/GA_ (signature)
Signature of Arresting Officer

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA


SEALED


2011 MAY 12 PM 3:01

UNITED STATES OF AMERICA,

vs.

SONIA SANCHEZ
(Agent to Arrest)

WARRANT FOR ARREST

CASE NO. 1:11-CR-239

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest SONIA SANCHEZ and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): **Conspiracy to Possess with Intent to Distribute Controlled Subsatnce**

in violation of **Title 21, United States Code, Section(s) 846, 841(a)(1)**

JAMES N. HATTEN
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

May 12, 2011 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 6/8/2011

Date of Arrest: _____

Shacy Frye
Name and Title of Arresting Officer

_____
Signature of Arresting Officer