AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



MAY 12 PM 3:01

UNITED STATES OF AMERICA,

vs.

MARIA DEL ROSARIO DIAZ GARCIA
**(Agent to Arrest)**

WARRANT FOR ARREST

CASE NO. 1:11-CR-239

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest MARIA DEL ROSARIO DIAZ GARCIA and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): **Conspiracy to Possess with Intent to Distribute Controlled Subsatnce**

in violation of **Title 21, United States Code, Section(s) 846, 841(a)(1)**

JAMES N. HATTEN
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

May 12, 2011 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at: DEA

JUN 10 2011
JAMES N. HATTEN, CLERK
By: *(signature)* Deputy Clerk

Date Received: _____

S/A Michael Gailhouef
Name and Title of Arresting Officer

Date of Arrest: 6-8-11

*(signature)*, USMS D/GA
Signature of Arresting Officer