AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA



2011 MAY 12 PM 3:01

UNITED STATES OF AMERICA,

vs.

DAVID SANCHEZ
**(Agent to Arrest)**

WARRANT FOR ARREST

CASE NO. 1:11-CR-239

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest DAVID SANCHEZ and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with (brief description of offense): **Conspiracy to Possess with Intent to Distribute Controlled Subsatnce**

in violation of **Title 21, United States Code, Section(s) 846, 841(a)(1)**

JAMES N. HATTEN
Name of Issuing Officer

_Carola Burke_ (signature)
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

May 12, 2011 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

JUN 10 2011
JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at: DEA

Date Received: _____

Date of Arrest: 6-8-11

S/A Jack Winningham
Name and Title of Arresting Officer

_Shoni Benton, USMS 4/6A_
Signature of Arresting Officer

```
AO 442 (12/85) Warrant for Arrest
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

2011 MAY 12 PM 3:01



UNITED STATES OF AMERICA,

vs.

DAVID SANCHEZ
(Agent to Arrest)

**WARRANT FOR ARREST**

CASE NO. 1:11-CR-239

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest DAVID SANCHEZ and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with (brief description of offense): **Conspiracy to Possess with Intent to Distribute Controlled Subsatnce**

in violation of **Title 21, United States Code, Section(s) 846, 841(a)(1)**

JAMES N. HATTEN
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

May 12, 2011 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

**FILED IN OPEN COURT**
U.S.D.C. - Atlanta

MAY 18 2011

JAMES N. HATTEN, Clerk
By: *[signature]* Deputy Clerk

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: ——

Date of Arrest: 6-8-2011

Helen Granades, Special Agent
Name and Title of Arresting Officer

*[signature]*
Signature of Arresting Officer