AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



UNITED STATES OF AMERICA,

vs.

WARRANT FOR ARREST

JUAN CASTINANDA
(Agent to Arrest)

CASE NO. 1:11-CR-239

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JUAN CASTINANDA and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with (brief description of offense): **Conspiracy to Possess with Intent to Distribute Controlled Subsatnce**

in violation of **Title 21, United States Code, Section(s) 846, 841(a)(1)**

JAMES N. HATTEN
Name of Issuing Officer

Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

May 12, 2011 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
USDC Atlanta

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

DEA

JUN 10 2011
JAMES N. HATTEN, CLERK
By: _____
Deputy Clerk

Date Received: _____

Date of Arrest: 6-8-11

S/A Helen Gcaziadei
Name and Title of Arresting Officer

by: _____ USMS N/GA
Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA


SEALED

UNITED STATES OF AMERICA,

vs.

JUAN CASTINANDA
(Agent to Arrest)

WARRANT FOR ARREST

CASE NO. 1:11-CR-239

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JUAN CASTINANDA and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with (brief description of offense): **Conspiracy to Possess with Intent to Distribute Controlled Subsatnce**

in violation of **Title 21, United States Code, Section(s) 846, 841(a)(1)**

JAMES N. HATTEN
Name of Issuing Officer

Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

May 12, 2011 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

FILED IN OPEN COU
U.S.D.C. - Atlanta

## RETURN

MAY 1 8 2011
JAMES N. HATTEN, Clerk
By: Deputy C

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: _____

Date of Arrest: 6-8-2011

Helen Graziadei, Special Age
Name and Title of Arresting Officer

Signature of Arresting Officer