**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



<u>Filed in Open Court</u>:    Date: __6/13/11__ Time: **11:25** FTR  Time in court: ___ Hrs __20__ Min

Magistrate (presiding): **C. CHRISTOPHER HAGY**  Deputy Clerk  **CAROLE BURKS**

Case Number: **1:11-CR-239**  Defendant's Name: **SONIA SANCHEZ**

AUSA: **Lisa Tarvin/Michael Herskowitz**  Defendant's Attorney: **STEPHANIE KEARNS**

USPO/PTR: _____  <u>Type Counsel</u>: ( ) Retained  ( ) CJA  ( ) FPD  ( ) Waived

_____ ARREST DATE _____

_____ INTERPRETER _____

_____ INITIAL APPEARANCE HEARING. ( ) in <u>THIS DISTRICT</u>  Dft. In Custody? ( ) Yes  ( ) No

_____ Defendant advised of right to counsel.  WAIVER OF COUNSEL filed.

_____ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY

_____ ORDER appointing _____ (State Bar of Ga. # _____) as counsel.

_____ ORDER giving defendant _____ days to employ counsel. (cc: serv. by Mag)

_____ Dft. to pay attorney fees as follows: _____

_____ INFORMATION/COMPLAINT filed. _____ WAIVER ON INDICTMENT filed.

_____ Copy indictment/information given to dft? ( ) Yes  ( ) No Read to dft? ( ) Yes  ( ) No. (X) Prior to Hrg

_____ CONSENT TO TRIAL BEFORE MAGISTRATE (MISD/PETTY) offense filed.

_____ ARRAIGNMENT HELD. ( ) superseding indictment/information.

_____ ARRAIGNMENT continued until _____ at _____ Request of ( ) Gvt.  ( ) Dft.

_____ Dft. fails to appear for arraignment.  BENCH WARRANT ISSUED _____

_____ Dft. enters PLEA OF NOT GUILTY. ( ) Dft. stood mute plea of NOT GUILTY entered.

_____ MOTION TO CHANGE PLEA, and order allowing same.

_____ PLEA OF GUILTY/NOLO as to counts _____

_____ Petition to enter plea of GUILTY/NOLO filed.

_____ NEGOTIATED PLEA between Government and defendant filed.

_____ ASSIGNED TO JUDGE _____ for: ( X ) trial ( ) arraignment/sentence.

_____ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.

_____ Estimated trial time: _____ days  ( ) SHORT  ( ) MEDIUM  ( ) LONG

_____ CONSENT TO PRE-SENTENCE INVESTIGATION filed.  Referred to USPO for PSI and continued until
    _____ at _____ for sentencing.

__X__ See other side.

     **SONIA SANCHEZ**     Defendant

____ Government MOTION FOR DETENTION filed. Hearing set for _____ at _____

____ Temporary commitment issued.

BOND/PRETRIAL DETENTION HEARING

__X__ BOND/PRETRIAL DETENTION hearing held.
____ MOTION FOR REDUCTION OF BOND hearing held.
____ MOTION FOR REDUCTION OF BOND ( ) GRANTED ( ) DENIED
____ WRITTEN ORDER TO FOLLOW.
____ GOVERNMENT MOTION FOR DETENTION ( ) GRANTED ( ) DENIED
____ WRITTEN ORDER TO FOLLOW.

__X__ BOND SET AT $ 50,000
____ Non-surety
__X__ Surety ( X ) $10,000 Cash into the registry of the Court ( ) Property ( X )$50,000 Corporate surety
__X__ SPECIAL CONDITIONS: Electronic Monitoring, Home Detention, Surrender Passport, Standard conditions of Release.

____ Bond Filed: defendant released.
__X__ Bond NOT EXECUTED defendant to remain in Marshal's custody.

SENTENCE : _____