# United States District Court

### NORTHERN DISTRICT OF GEORGIA
Atlanta Division

FILED IN CHAMBERS
U.S.D.C.  Atlanta

JUN 1 4 2011

JAMES N. HATTEN, Clerk
By _____
Deputy Clerk

United States

v.

MARIA MADRIZ-HERNANDEZ (12),
    a/k/a Sandra,

No. 1:11-CR-239-CAP-ECS
(Superseding Indictment)

**Agent to Arrest**

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

_____
LISA W. TARVIN
Assistant United States Attorney

ISSUED AND DELIVERED
TO U.S. MARSHAL
6-15-11
BY: _____
DEPUTY CLERK

Filed In Clerk's Office, this _____

of _____, 20_____

_____
Clerk

By _____
Deputy Clerk