U.S. Department of Justice

United States Attorney
Northern District of Georgia

# United States District Court

NORTHERN DISTRICT OF GEORGIA

Atlanta Division

FILED IN CHAMBERS
U.S.D.C.  Atlanta

JUN 1 4 2011

JAMES N. HATTEN, Clerk
By: ~~~~ Deputy Clerk

United States

v.

SAMANTHA SEPULVEDA-MADRIZ (13)

No. 1;11-CR-239-CAP-ECS

(Superseding Indictment)

**Agent to Arrest**

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

LISA W. TARVIN
Assistant United States Attorney

ISSUED AND DELIVERED
TO U.S. MARSHAL
6-15-11
BY: ~~~~ DEPUTY CLERK

Filed In Clerk's Office, this _____

of _____, 20_____

_____
Clerk

By _____
Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94