U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

JUN 15 2011

JAMES N. HATTEN, Clerk
By: R ToW
Deputy Clerk

DIVISION  ATLANTA
(USAO 2009R00115)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:11-CR-239-CAP-ECS

MAGISTRATE CASE NO. _____

_X_ Indictment (Superseding)   __ Information   __ Magistrate's Complaint
DATE: June 14, 2011            DATE:            DATE:

| UNITED STATES OF AMERICA vs. SAMANTHA SEPULVEDA-MADRIZ (13) | SUPERSEDING 1:11-CR-239-CAP-ECS - May 11, 2011 Prior Case No. & Date Filed |
|---|---|

VIOLATION:

COUNTS CHARGED:                       TOTAL COUNTS:
(as to deft)                          (as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony        __ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. _X_ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. ___ Is on bail or release from (district, state & date):
   _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding __ Yes __ No
   Date: _____                          Issued by: _____

IS IN CUSTODY:

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   ___ Federal   __ State
      If Yes, show name of institution _____
      Has detainer been filed __ Yes          __ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: E. CLAYTON SCOFIELD, III<br>JUDGE: CHARLES A. PANNELL, JR.<br>A.U.S.A.: LISA W. TARVIN<br>DEFT'S ATTY: |
|---|---|
| | SALLY QUILLIAN YATES<br>UNITED STATES ATTORNEY<br>BY: LISA W. TARVIN<br>Assistant United States Attorney<br>DATE: June 14, 2011 |