U.S. Department of Justice
United States Attorney



FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 15 2011

JAMES N. HATTEN, Clerk
By: /s/ RMW
Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

DIVISION ATLANTA
(USAO 2009R00115)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:11-CR-239-CAP-ECS

MAGISTRATE CASE NO. _____

X Indictment (Superseding)    __ Information    __ Magistrate's Complaint

DATE: June 14, 2011    DATE:    DATE:

| UNITED STATES OF AMERICA vs. **MARTIN AYALA-CASTENEDA (16)** | SUPERSEDING 1:11-CR-239-CAP-ECS - May 11, 2011 Prior Case No. & Date Filed |
|---|---|

VIOLATION:

COUNTS CHARGED: (as to deft)

TOTAL COUNTS: (as to deft)

GREATER OFFENSE CHARGED:
X Felony    __ Misdemeanor

**DEFENDANT:**

<u>IS NOT IN CUSTODY:</u>

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date):
   _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding __ Yes __ No
   Date: _____    Issued by: _____

<u>IS IN CUSTODY:</u>

4. X On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   __ Federal __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes    __ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: E. CLAYTON SCOFIELD, III<br>JUDGE: CJARLES A. PANNELL, JR.<br>A.U.S.A.: LISA W. TARVIN<br>DEFT'S ATTY: GILES JONES |
|---|---|
| | SALLY QUILLIAN YATES<br>UNITED STATES ATTORNEY<br><br>BY: LISA W. TARVIN<br>Assistant United States Attorney<br><br>DATE: June 14, 2011 |