# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 1 6 2011

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

UNITED STATES OF AMERICA :
                   :
    v.               :
                   :
JAVIER COLON-HERNANDEZ *(7)* :
a/k/a Cabo             :

CRIMINAL INDICTMENT

NO. 1:11-CR-239

## GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through its counsel, Sally

Quillian Yates, United States Attorney, and Lisa W. Tarvin, Assistant United States

Attorney for the Northern District of Georgia, and pursuant to 18 U.S.C. §§ 3142(e)

and (f) moves for detention for the above-captioned defendant.

1. Eligibility of Case.

This case is eligible for a detention order because this case involves (check all

that apply):

__X__ Maximum sentence of life imprisonment or death

__X__ 10 + year drug offense

____ Felony, with two prior convictions in the above categories

____ Serious risk defendant will flee

____ Serious risk of obstruction of justice

2. Reason for Detention.

The Court should detain defendant because there are no conditions of release that will reasonably assure (check one or both):

__X__ Defendant's appearance as required

_____ Defendant is not a United States Citizen

_____ Safety of any other person and the community

3. Rebuttable Presumption.

The United States (will, will not) invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (check one or more):

__X__ There is probable cause to believe defendant committed 10 + year drug offense.

4. Time for Detention Hearing.

The United States requests the Court conduct the detention hearing:

__X__ Prepared to go forward at the initial appearance.

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Dated: this 8th day of June, 2011.

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

LISA W. TARVIN
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 574960

600 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303
(404)581-6000 (office)
(404)581-6181 (fax)

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery:

Counsel for defendant

This 8th day of June, 2011.

LISA W. TARVIN
ASSISTANT UNITED STATES ATTORNEY