AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

2011 MAY 12 PH 3:0

U.S. MARSHALS SERVICE
NORTHERN GEORGIA



UNITED STATES OF AMERICA,

vs.

FRANKLIN ALVARADO-MEJIA
(Agent to Arrest)

WARRANT FOR ARREST

CASE NO. 1:11-CR-239 - CAP-3

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest FRANKLIN ALVARADO-MEJIA and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): **Conspiracy to Possess with Intent to Distribute Controlled Subsatnce**

in violation of **Title 21, United States Code, Section(s) 846, 841(a)(1)**

JAMES N. HATTEN
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

May 12, 2011 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 17 2011

JAMES N. HATTEN, CLERK
By: *[signature]*
Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

6/15/11 Ret. unexecuted for SS Warrant dated 6/15/11

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer