# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA



2011 MAY 12 PM 3: 01

UNITED STATES OF AMERICA,

vs.

LUIS ALBERTO HERNANDEZ-MEJIA
(Agent to Arrest)

**WARRANT FOR ARREST**

CASE NO. 1:11-CR-239 - **C AP** - 5

To:  The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest LUIS ALBERTO HERNANDEZ-MEJIA and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): **Conspiracy to Possess with Intent to Distribute Controlled Subsatnce**

in violation of **Title 21, United States Code, Section(s) 846, 841(a)(1)**

JAMES N. HATTEN
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

May 12, 2011  at  Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S D.C. Atlanta

JUN 17 2011

JAMES N. HATTEN, CLERK
By: _(signature)_ Deputy Clerk

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

6/15/11 Ret. unex for SS warrant dated 6/15/11

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer
_____

Signature of Arresting Officer
_____