# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



UNITED STATES OF AMERICA,

vs.

SAMANTHA SEPULVEDA-MADRIZ
(Agent to Arrest)

**WARRANT FOR ARREST**

CASE NO. 1:11-CR-239-CAP-13

2011 MAY 12 PM 3:01

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest SAMANTHA SEPULVEDA-MADRIZ and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): **Conspiracy to Possess with Intent to Distribute Controlled Subsatnce**

in violation of **Title 21, United States Code, Section(s) 846, 841(a)(1)**

JAMES N. HATTEN
Name of Issuing Officer

_Carlala Durla_ (signature)
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

May 12, 2011 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JUN 17 2011
JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

6/15/11 Ret Unex for SS Warrant dated 6/15/11

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer