AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



2011 MAY 12 PM 3:01

UNITED STATES OF AMERICA,

vs.

CELEDONIO VICTOR ESTRADA
(Agent to Arrest)

**WARRANT FOR ARREST**

CASE NO. 1:11-CR-239-cAP-19

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest CELEDONIO VICTOR ESTRADA and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): **Conspiracy to Possess with Intent to Distribute Controlled Subsatnce**

in violation of **Title 21, United States Code, Section(s) 846, 841(a)(1)**

JAMES N. HATTEN
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

May 12, 2011 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

**JUN 17 2011**

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

6/15/11 Ret. Unexecuted for SS Warrant dated 6/15/11

Date Received: _____

Name and Title of Arresting Officer

Date of Arrest: _____

Signature of Arresting Officer