AO 83 (12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 17 2011

JAMES N. HATTEN, Clerk
By: (signature) Deputy Clerk

UNITED STATES OF AMERICA,

VS.

MARVIN EDLEMAN RODAS-PEREZ
AKA MARVIN (4)
C/O U.S. MARSHALS

**SUMMONS IN A CRIMINAL CASE**

CASE NO. 1:11-CR-239-CAP-ECS

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| PLACE: | U.S. Courthouse<br>Richard B. Russell Building<br>**20TH FLOOR, COURTROOM 2008**<br>75 Spring Street<br>Atlanta, Georgia 30303-3361 |
| BEFORE: | **Honorable JANET F. KING**<br>United States Magistrate Judge |
| DATE AND TIME: | **FRIDAY, JUNE 24, 2011**<br>**9:30 A.M.**<br>**INTERPRETER ORDERED** |

To answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of **Title 21, United States Code, Section(s) 846, 841.**

Brief description of the offense: **CONSPIRACY/COCAINE.**

AUSA: **LISA TARVIN**

Counsel for Defendant: **CATHY ALTERMAN**

June 17, 2011

JAMES N. HATTEN
CLERK OF COURT

By: PAT WALKER
Deputy Clerk