FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 2 1 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO.1:11-CR-239-10-CAP |
| FATIMA VASQUEZ | : | |
| | : | |

## ORDER

The Court having set a Surety bond in the amount of $50,000 for the above named Defendant, the Clerk of court is hereby authorized to accept the sum of $10,000.00 as deposit for said bond.

**IT IS HEREBY ORDERED** that the deposit of $10,000.00 be paid into the registry of the Court and held until the disposition of this case.

**IT IS SO ORDERED** this 21st day of June, 2011.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE