FILED IN OPEN COURT
U.S.D.C ATLANTA

JUN 2 3 2011

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION |
| : | NO.1:11-CR-239-25-CAP |
| SONIA SANCHEZ : | |
| : | |

## **O R D E R**

The Court having set a Surety bond in the amount of $50,000 for the above named Defendant, the Clerk of court is hereby authorized to accept the sum of $7,500.00 as deposit for said bond.

**IT IS HEREBY ORDERED** that the deposit of $7,500.00 be paid into the registry of the Court and held until the disposition of this case.

**IT IS SO ORDERED** this 22nd day of June, 2011.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE