U.S. Department of Justice
United States Attorney
Northern District of Georgia

# PLEA (With Counsel)

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CRIMINAL NO. 1:11-CR-239

I, MARVIN EDLEMAN RODAS-PEREZ, defendant, having received a copy of the within INDICTMENT and FIRST SUPERSEDING INDICTMENT, and having been arraigned plead Not Guilty thereto to count(s) 1 and 10 thereof.

In Open Court this 24 day of Jun 2011

_____
SIGNATURE (Attorney for Defendant)

_____
SIGNATURE (Defendant)
MARVIN EDELMAN RODAS-PEREZ

INFORMATION BELOW MUST BE TYPED OR PRINTED

CATHY ALTERMAN
NAME (Attorney for Defendant)

2039 Doujen Ct
STREET

Marietta  31062
CITY & STATE   ZIP CODE

404 688-8400
PHONE NUMBER

STATE BAR OF GEORGIA NUMBER 014026

MARVIN EDELMAN RODAS-PEREZ
NAME (Defendant)

c/o U.S. Marshal
STREET

_____
CITY & STATE   ZIP CODE

_____
PHONE NUMBER

Filed in Open Court

June 24, 2011

By Lavonia Wade-Childs