IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA : CRIMINAL ACTION
:
    v. : NO. 1:11-CR-239-CAP-ECS
:
ADRIAN MARTINEZ-MONTANEZ, et. al.:

**O R D E R**

The undersigned hereby gives authorization for any CJA attorney in the above-referenced case to obtain the services of Global Legal Discovery, LLC, 1330 Spring Street, Suite 100, Atlanta, Georgia 30303. To obtain copies of CDs, DVDs, VHS tapes and/or audio tapes at total cost for the case of not more than $2400.00 per defendant as authorized and required under Title 18 U.S. C. Sec. 3006 A(e)(1).

**SO ORDERED**, this 28th day of June, 2011.

                                       */s/ E. Clayton Scofield III*
                                       E. CLAYTON SCOFIELD III
                                       UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)