FOR THE NORTHERN DISTRICT OF GEORGIA
IN THE UNITED STATES DISTRICT COURT
ATLANTA DIVISION

UNITED STATES OF AMERICA : CRIMINAL ACTION
:
    v. : NO.1:11-CR-239-CAP-ECS
ADRIAN MARTINEZ-MONTANEZ et al :
:

## O R D E R

The undersigned hereby gives authorization for any CJA attorney in the above-reference case to obtain the services of an interpreter. It appears that counsel for the defendants' requires services of an interpreter to effectively communicate with and represent the defendants' in this case.

Accordingly, for good cause shown it is **HEREBY ORDERED** that, pursuant to 18 U.S.C.§ 3006A(e), the defendants' are authorized to utilize the services of an interpreter in an amount not to exceed $2,400.00 without further authorization from the court, nunc pro tunc to date of appointment.

**SO ORDERED**, this 28th day of June, 2011.

                                      ***/s/ E. Clayton Scofield III***
                                      E. CLAYTON SCOFIELD III
                                      UNITED STATES MAGISTRATE JUDGE