IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : INDICTMENT 1:11-CR-239-CAP-29 |
| TOMAR SHAW, | : |
| Defendant. | : |

### CONSENT ORDER AUTHORIZING POSSESSION AND REVIEW OF DISCOVERY MATERIALS AT ROBERT DEYTON DETENTION CENTER BY DEFENDANT SHAW

Defendant Shaw's motion to authorize possession and review of discovery materials at Robert Deyton Detention Center having been read and considered, and the government having consented thereto with the express understanding that the defendant expressly agrees not to disseminate the discovery to anyone else, same is hereby GRANTED. The Warden of Robert Deyton Detention Center in Lovejoy, Georgia is hereby ORDERED to allow Defendant Shaw reasonable opportunity to possess and view any and all discovery materials pertaining to any charges brought against him by the government.

SO ORDERED, this 27th day of June, 2011.

*E. Clay Sony*
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF GEORGIA

Submitted by:

*/s/ Steven H. Sadow*
Attorney for Defendant Shaw
Georgia Bar No. 622075