AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

JAVIER COLON-HERNANDEZ aka Cabo
AGENT TO ARREST

**WARRANT FOR ARREST**

CASE NO. 1:11-cr-239(6)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 3 0 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JAVIER COLON-HERNANDEZ aka Cabo and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

Charging him or her with (brief description of offense): CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE COCAINE.

in violation of **Title 21, United States Code, Section(s) 841, 846.**

JAMES N. HATTEN
Name of Issuing Officer

_O. Walker_
Signature of Issuing Officer
AUSA: TARVIN

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

June 15, 2011 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

DEA

Date Received: _____

Date of Arrest: 6-15-11

S/A G. Malloy
Name and Title of Arresting Officer

_signature_
Signature of Arresting Officer