IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA : CRIMINAL ACTION
:
v. : NO. 1:11-CR-239-CAP-ECS
:
ADRIAN MARTINEZ-MONTANEZ, et :
al.

# **O R D E R**

Upon consideration of the government's motion seeking to continue the time for the pretrial conferences in this case, to extend the time within which pretrial motions may be filed, and for exclusion under the speedy trial act, [Doc. No. 168], the same is hereby **GRANTED.** This matter will be scheduled for an initial pretrial conference on **August 17, 2011, at 10:00 a.m.,** before Judge Scofield, in Courtroom 1810, 18th Floor, U. S. Courthouse, 75 Spring Street, Atlanta. The time for filing pretrial motions will likewise be extended, to and until the close of business on **August 15, 2011.** The time from the date of each defendant's arraignment through the date of the pretrial conference shall be excluded from the Speedy Trial Act computation under 18 U. S. C. § 3161 (h)(7)(A), due to the complexity of the case and the number of defendants, and in order to give counsel for the defendants reasonable time for effective preparation, including preparation of motions, taking into account the exercise of due diligence. See 18 U. S. C. § 3161 (H)(7)(B)(ii) and 18 U. S. C. § 3161 (h)(7)(B)(iv).

**SO ORDERED,** this 1st day of July, 2011.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT COURT JUDGE