# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

2011 JUN 15  AM 9: 33

NORTHERN GEORGIA

UNITED STATES OF AMERICA,

vs.

ADRIAN MARTINEZ-MONTANEZ aka Alex
AGENT TO ARREST

**WARRANT  FOR  ARREST**

CASE NO. 1:11-cr-239(S)-1 - CAP

To:   The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest  ADRIAN MARTINEZ-MONTANEZ aka Alex
and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense):   CONSPIRACY TO POSSESS WITH THE INTENT
TO DISTRIBUTE COCAINE.

in violation of **Title 21, United States Code, Section(s) 841, 846.**

JAMES N. HATTEN
Name of Issuing Officer

Signature of Issuing Officer
AUSA: TARVIN

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

June 15, 2011  at  Atlanta, Georgia
Date and Location

Bail Fixed at  $_____

By:_____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 0 1 2011

JAMES N. HATTEN, CLERK
By:
Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

by USMS in S.C. - Greenville

Date Received:   6-15-11

Date of Arrest:   7-25-11

FRANK LEMPKA, DUSM
Name and Title of Arresting Officer

Signature of Arresting Officer