1:11-CR-239-09-CAP

DOCKET No. 11 M 1495    DEFENDANT: Jose Wilson Tejada    FILED IN CLERK'S OFFICE U.S.D.C. Atlanta

AUSA Christopher DiMase    DEF.'S COUNSEL Phil Weinstein    AUG 12 2011
☐ RETAINED    ☒ FEDERAL DEFENDERS    ☐ CJA

JAMES N. HATTEN, CLERK
By: D. Bankhead, Deputy Clerk

☐ _____ INTERPRETER NEEDED    ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☒ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST 6/7/11    ☐ VOL. SURR.
☐ Other: _____    TIME OF ARREST 10:00 am    ☐ ON WRIT
TIME OF PRESENTMENT 6/7 5:15 pm

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☒ $ 300,000 PRB
☐ _____ FRP
☒ SECURED BY $ 150,000 CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ + Travel to ND GA for court
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION    ☒ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT    ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION    ☒ HOME DETENTION    ☒ CURFEW    ☒ ELECTRONIC MONITORING
☒ OTHER CONDITIONS out of home only for court, counsel, medical

☒ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

CERTIFIED AS A TRUE COPY ON THIS DATE 8/5/__ BY _____ Clerk/Deputy

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY    ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☒ IDENTITY HEARING WAIVED    ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED    ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____    ☐ ON DEFENDANT'S CONSENT

DATE: 6-7-11    James C. Francis IV
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE    PINK - U.S. ATTORNEY'S OFFICE    YELLOW - U.S. MARSHAL    GREEN - PRETRIAL SERVICES AGENCY
REV (2011) H-2

1:11-CR-239-09-CAP

DOCKET No. 11 Mag. 1495    DEFENDANT: Jose Wilson Tejada

AUSA Christopher DiMase    DEF.'S COUNSEL Curtis Farber
☐ RETAINED  ☐ FEDERAL DEFENDERS  ☒ CJA

☐ _____ INTERPRETER NEEDED    ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☒ Detention Hrg.    DATE OF ARREST _____   ☐ VOL. SURR.
☐ Other: Bail Modification                              TIME OF ARREST _____   ☐ ON WRIT
                                                         TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE                    FILED IN CLERK'S OFFICE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE           U.S.D.C. Atlanta
☒ $ 300,000 PRB
☐ _____ FRP
☒ SECURED BY $ 10,000 (CASH/PROPERTY: _____ )    AUG 12 2011
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ N.D. Ga (for court)
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☒ REGULAR PRETRIAL SUPERVISION  ☒ STRICT PRETRIAL SUPERVISION    JAMES N. HATTEN, CLERK
☐ DRUG TESTING/TREATMENT  ☐ MENTAL HEALTH EVALUATION/TREATMENT    By: D. Bankhead, Deputy Clerk
☐ HOME INCARCERATION  ☒ HOME DETENTION  ☐ CURFEW  ☒ ELECTRONIC MONITORING
☐ OTHER CONDITIONS  Travel to court/counsel/medical only

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

Bail Modified

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY    ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED            ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED            ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____    ☐ ON DEFENDANT'S CONSENT

DATE: June 17, 2011

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE    PINK - U.S. ATTORNEY'S OFFICE    YELLOW - U.S. MARSHAL    GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2

1:11-CR-239-09-CAP

## Advice of Penalties and Sanctions

TO THE DEFENDANT: JOSE WILSON TEJADA  CASE # 11 MAG 1495

6/24/11

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years of more, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

Defendant Released

_____
Address

_____
City and State                             Telephone

U.S. DISTRICT COURT FILED JUN 24 2011 S.D. OF N.Y.

CERTIFIED AS A TRUE COPY ON THIS DATE
BY: _____ (X) Clerk ( ) Deputy

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 12 2011

JAMES N. HATTEN, CLERK
By: D. Bankhead, Deputy Clerk

$300,000 PRB. CO-SIGNED BY SEVEN FINANCIALLY RESPONSIBLE PERSON'S. SECURED BY $10,000 CASH. TRAVEL RESTRICTED TO SDNY, EDNY, N.D. GA. (FOR COURT). SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS). STRICT PRETRIAL SUPERVISION. HOME DETENTION. ELECTRONIC MONITORING. TRAVEL TO COURT/COUNSEL/MEDICAL ONLY.

AO 98 (Rev. 06/09) Agreement to Forfeit Property (Other than Real Property) to Obtain a Defendant's Release

1:11 - CR - 239-09-CAP

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

United States of America )
v. )
) Case No. 11 MAG. 1495
JOSE WILSON TEJADA a/k/a "Wilson Tejada," )
Defendant )

FILED JUN 24 2011 S.D. OF N.Y.

## AGREEMENT TO FORFEIT PROPERTY
### (OTHER THAN REAL PROPERTY) TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree that we and our personal representatives, jointly and severally, are bound to pay the United States of America the sum of
$ 300,000 secured by $ 10,000 in cash and/or XXXXXXXXXXXX (describe other security) if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter.

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 1 2 2011

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: _____

City and state: NEW YORK, N.Y.

_Defendant's signature_: JOSE WILSON TEJADA

| KADYCHA MORALES | _signature_ |
| HUGO TAVERAS | _signature_ |
| EDWIN NUNEZ | _signature_ |
| Juana Medina | Juana Medina |
| Jose Correa | Jose Correa |
| Juan Tejada | Juan A Tejada |
| Adriana Cabreja | Adriana Cabreja |

*Property owner's printed name* / *Property owner's signature*

CERTIFIED AS A TRUE COPY ON THIS DATE 8/3/11 BY _____ Clerk / Deputy

DEFT ALSO

DIONISIO JUAN TEJADA 6/23/11

Sworn and signed before me.

CLERK OF COURT

Date: 6/21/2011

_Signature of Clerk or Deputy Clerk_

Boncino as to cosigner 6/22/11

Approved.

Date: 6/24/11

AUSA CHRISTOPHER J. DIMASE

INTERPRETER

```
Court Name: District Court
Division: 1
Receipt Number: 465401009892
Cashier ID: Clapsley
Transaction Date: 06/22/2011
Payer Name: KADYCHA MORALES
------------------------------------
TREASURY REGISTRY
 For: JOSE WILSON TEJADA
 Case/Party: D-NYS-1-11-MJ-001498-001
 Amount:        $10,000.00
------------------------------------
CHECK
 Check/Money Order Num: 13
 Amt Tendered:  $10,000.00
------------------------------------
Total Due:     $10,000.00
Total Tendered: $10,000.00
Change Amt:    $0.00

M19-1-13188
```

CERTIFIED AS A TRUE COPY ON THIS DATE BY _____ (X) Clerk ( ) Deputy