IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| v. | NO. 1:11-CR-239-CAP-ECS |
| ADRIAN MARTINEZ-MONTANEZ (01),<br>    a/k/a Alex,<br>ROBERTO PEREZ-MENDOZA (02),<br>    a/k/a Carlos,<br>FRANKLIN ALVARADO-MEJIA (03),<br>    a/k/a Frankie,<br>MARVIN EDLEMAN RODAS-PEREZ (04),<br>    a/k/a Marvin,<br>LUIS ALBERTO HERNANDEZ-<br>    MEJIA (05),<br>AMADO ERIVES-MONTES (06),<br>JAVIER COLON-HERNANDEZ (07),<br>    a/k/a Cabo,<br>CARLOS MORALES (08),<br>WILSON TEJADA (09),<br>FATIMA VASQUEZ (10),<br>JESUS MANUEL SANDOVAL (11),<br>MARIA MADRIZ-HERNANDEZ (12),<br>    a/k/a Sandra,<br>SAMANTHA SEPULVEDA-MADRIZ (13),<br>RAUL VALENCIA (14),<br>JOSE VALENCIA (15),<br>    a/k/a Cobo,<br>MARTIN AYALA-CASTENEDA (16),<br>FAUSTO BUENO-ALVAREZ (17),<br>    a/k/a Gordo,<br>FELIX JOSE VARGAS (18),<br>CELEDONIO VICTOR ESTRADA (19),<br>    a/k/a Chaparro,<br>JOSE VARGAS (20),<br>    a/k/a Mayate,<br>PEDRO PABLO GOMEZ-RIVERO (21),<br>    a/k/a Trucha,<br>MANUEL ZUNIGA (22),<br>    a/k/a Bebe,<br>JOSE SANCHEZ-VALENCIA (23),<br>GEOVANY MARTINEZ-VARGAS (24),<br>SONIA SANCHEZ (25),<br>CARMEN BARBOSA MENDOZA (26), | (SUPERSEDING) |

a/k/a Maricarmen Mendoza-
            Cardenes,
    MARIA DEL ROSARIO
    DIAZ-GARCIA (27),
            a/k/a Chayo,
    DESIREE FRAGOZA (28),
            a/k/a Gorda,
    TOMAR SHAW (29),
            a/k/a Jay,
    DAVID SANCHEZ (30),
    VICTOR MANUEL
    ANGUIANO-GUTIERREZ (31),
            a/k/a Juan Castinanda,
            a/k/a Brujo,
    RUDY VALENCIA (32), and
    ROBERTO LOPEZ-MARTINEZ (33),
            a/k/a Nicolas Sanchez.

            Defendants.

## SECOND BILL OF PARTICULARS

COMES NOW the United States of America, by and through counsel, Sally Quillian Yates, United States Attorney, and Michael J. Brown, Assistant United States Attorney, and hereby files this Second Bill of Particulars specifying additional property subject to forfeiture under the forfeiture provision of the above-captioned indictment:

   a.   **7479 CARLISLE DRIVE, JONESBORO, CLAYTON, COUNTY, GEORGIA**, and all buildings and appurtenances thereon, more particularly described as follows:

        All that tract or parcel of land lying and being in Land Lot 51 and 78, 12th District, Clayton County, Georgia, being more particularly described as follows:

        Beginning at an iron pin set on the East line of Land Lot 51, 121.75 feet South of the intersection of said Land Lot line and the South right of way of

Carlisle Drive, running thence South 88 degrees 15 minutes West, 1104.5 feet to an iron pin found running thence North 1 degree 11 minutes West, 327.6 feet to an iron pin found on the North line of land lot 51 and the South line of land Lot 78; running thence South 88 degrees, 48 minutes West along said land lot line 368.55 feet to an iron pin found; running thence North 2 degrees, 2 minutes West, 199.3 feet to a point; running thence North 88 degrees, 39 minutes East, 1481.25 feet to a point on the East line of Land Lot 78; running thence South 00 degrees 38 minutes East along the East line of Land Lot 78 and 51, 520.23 feet to the point of beginning; containing 15.02 acres as per survey by Thomas B. Boyd, dated March 26, 1980.

[Parcel ID No.:12051B-A006]

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

/s/ Michael J. Brown
MICHAEL J. BROWN
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO. 064437
75 SPRING STREET, S.W., STE 600
ATLANTA, GEORGIA 30303
(404)581-6131 - PHONE
(404)581-6234 - FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:11-CR-239-CAP-ECS |
| ADRIAN MARTINEZ-MONTANEZ (01), | : | |
| a/k/a Alex, et al., | : | (SUPERSEDING) |

## CERTIFICATE OF SERVICE

This is to certify that I have prepared the foregoing Second Bill of Particulars in compliance with Local Rule 5.1, NDGa., using Courier New 12 point type and have this day electronically filed the document with the Clerk of Court using the CM/ECF system.

This 16th day of August, 2011.

/s/ Michael J. Brown
MICHAEL J. BROWN
ASSISTANT U.S. ATTORNEY