# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:11-cr-00239-CAP -ECS
## USA v. Martinez-Montanez et al
## Honorable E. Clayton Scofield, III

Minute Sheet for proceedings held In Open Court on 08/17/2011.

TIME COURT COMMENCED: 10:10 A.M.
TIME COURT CONCLUDED: 10:28 A.M.
TIME IN COURT: 00:18
OFFICE LOCATION: Atlanta

TAPE NUMBER: FTR
DEPUTY CLERK: Angela Smith

DEFENDANT(S): [9]Wilson Tejada NOT Present at proceedings
[10]Fatima Vasquez NOT Present at proceedings
[15]Jose Valencia NOT Present at proceedings
[20]Jose Vargas NOT Present at proceedings
[21]Pedro Pablo Gomez-Rivero NOT Present at proceedings
[26]Carmen Barbosa Mendoza NOT Present at proceedings
[27]Maria Del Rosario Diaz-Garcia NOT Present at proceedings
[29]Tomar Shaw NOT Present at proceedings
[30]David Sanchez NOT Present at proceedings
[31]Juan Castinanda NOT Present at proceedings
[33]Roberto Lopez-Martinez NOT Present at proceedings

ATTORNEY(S) PRESENT: Arturo Corso representing Maria Del Rosario Diaz-Garcia
Andrew Hall representing Roberto Lopez-Martinez

James Hodes representing Juan Castinanda
Samuel Little representing Jose Vargas
Jeffrey Manciagli representing Jose Valencia
David Marshall representing Fatima Vasquez
Dennis O'Brien representing Pedro Pablo Gomez-Rivero
Benjamin Reed representing Carmen Barbosa Mendoza
Steven Sadow representing Tomar Shaw
Marcia Shein representing Wilson Tejada
Vernon Smith representing David Sanchez
Lisa Tarvin representing USA

| | |
|---|---|
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#9-[359]Motion to Continue GRANTED<br>DFT#10-[286]Motion for Extension of Time GRANTED<br>DFT#10-[352]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT A suppression hearing is set for September 23, 2011 @ 10:00 am.<br>DFT#20-[344]Motion to Continue GRANTED<br>DFT#21-[333]Motion for Extension of Time GRANTED<br>DFT#26-[345]Motion to Continue GRANTED<br>DFT#27-[337]Motion to Continue GRANTED<br>DFT#29-[338]Motion to Suppress TAKEN UNDER ADVISEMENT A suppression hearing is set for September 21, 2011 @ 10:00 am.<br>DFT#29-[362]Motion to Suppress TAKEN UNDER ADVISEMENT A suppression hearing is set for September 21, 2011 @ 10:00 am.<br>DFT#30-[346]Motion for Extension of Time GRANTED<br>DFT#31-[343]Motion to Continue DENIED AS Moot<br>DFT#31-[343]Motion for Extension of Time GRANTED<br>DFT#31-[353]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT<br>DFT#31-[354]Motion to Suppress Statements TAKEN UNDER ADVISEMENT<br>DFT#31-[354]Motion for Jackson-Denno Hearing TAKEN UNDER ADVISEMENT<br>DFT#31-[355]Motion to Suppress TAKEN UNDER ADVISEMENT<br>DFT#33-[277]Motion for Extension of Time GRANTED<br>DFT#33-[347]Motion to Suppress Search and Seizure |

|  | |
|---|---|
| | TAKEN UNDER ADVISEMENT
DFT#33-[348]Motion to Suppress Statements TAKEN UNDER ADVISEMENT
DFT#33-[348]Motion for Jackson-Denno Hearing TAKEN UNDER ADVISEMENT
DFT#33-[349]Motion to Sever Defendant TAKEN UNDER ADVISEMENT
DFT#33-[350]Motion for Extension of Time TAKEN UNDER ADVISEMENT |
| EXCLUDABLE DELAY: | The parties shall have until 9/19/11 to file any additional motions. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161(h)(7)(A) because the court found it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. |
| ADDL HEARING(S) SCHEDULED: | Pretrial Conference set for September 26, 2011 at 10:00 a.m. in Courtroom 1810; |