# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:11-cr-00239-CAP -ECS
## USA v. Martinez-Montanez et al
## Honorable E. Clayton Scofield, III

Minute Sheet for proceedings held In Open Court on 08/17/2011.

TIME COURT COMMENCED: 10:10 A.M.
TIME COURT CONCLUDED: 10:28 A.M.
TIME IN COURT: 00:18
OFFICE LOCATION: Atlanta
TAPE NUMBER: FTR
DEPUTY CLERK: Angela Smith

| | |
|---|---|
| DEFENDANT(S): | [7]Javier Colon-Hernandez NOT Present at proceedings<br>[16]Martin Ayala-Casteneda NOT Present at proceedings<br>[25]Sonia Sanchez NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Lisa Tarvin representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#7-[334]Motion to Continue DENIED AS MOOT<br>DFT#16-[360]Motion to Withdraw as Attorney TAKEN UNDER ADVISEMENT A hearing on the motion to withdraw is set for August 31, 2011 @ 10:00 am.<br>DFT#25-[339]Motion to Suppress TAKEN UNDER ADVISEMENT<br>DFT#25-[340]Motion to Suppress TAKEN UNDER ADVISEMENT<br>DFT#25-[341]Motion to Suppress Evidence TAKEN |

|  |  |
|---|---|
|  | UNDER ADVISEMENT<br>DFT#25-[342]Motion to Sever Defendant TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Counsel for the above defendant's had conflict letters on file with the court, the pretrial conference was held in there absence. |
| EXCLUDABLE DELAY: | The parties shall have until 9/19/11 to file any additional motions. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161(h)(7)(A) because the court found it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. |
| ADDL HEARING(S) SCHEDULED: | Pretrial Conference set for September 26, 2011 at 10:00 a.m. in Courtroom 1810; |