U.S. Department of Justice

United States Attorney
Northern District of Georgia

FILED IN OPEN COURT
U.S.D.C. - Atlanta

8/23/11
Date Submitted

AUG 2 3 2011

JAMES N. HATTEN, Clerk
By: Deputy Clerk

## In the United States District Court
For The Northern District of Georgia

United States of America

v.

GEOVANY MARTINEZ-VARGAS

Indictment/Information

CR 1:11-CR-239-CAP-ECS

6/14/2011
Date of Superseding Indictment

### REQUEST FOR ARRAIGNMENT

**DEFENDANT IN CUSTODY**

GEOVANY MARTINEZ-VARGAS
(Name)

HENRY COUNTY JAIL
(Institution)

5/4/2011
(Date Verified)

ATTORNEY FOR DEFENDANT

_____
(Name)

_____
(Address)

(X) SUPERSEDING INDICTMENT
( ) COMPANION CASE with Indictment No. CR _____

    Other defendants previously arraigned (or now set for arr.)
    SEE INDICTMENT; 31 CO-DEFENDANTS

CATEGORY OF CASE      ( ) Short    ( ) Medium    ( ) Long

Assistant U.S. Attorney handling case LISA TARVIN
(for additional defendants--use supplemental sheet)

Special Date Requested: _____

Form No. USA-40-19-35a
(08/18/83)
N.D.Ga. 08/26/94

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 23 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff

vs

GEOVANY MARTINEZ-VARGAS

Defendant.

CRIMINAL CASE NO.

1:11-CR-239-CAP-ECS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To: Any U.S. Marshal, Warden, Henry County Jail and/or any other authorized officer.

YOU ARE HEREBY COMMANDED to have the body of GEOVANY MARTINEZ-VARGAS by you restrained of his liberty, as it is said, by whatsoever names detained before the **Honorable E. Clayton Scofield III**, United States Magistrate Judge of the United States District Court for the Northern District of Georgia, Courtroom 1810 United States Courthouse, 75 Spring Street, S.W. Atlanta, Georgia at 11:00, on August 31, 2011, and from day to day thereafter until discharged by the Court, then and there to be arraigned/tried on the indictment/information and receive and abide by the judgment of this Court in the above-entitled case, thence to be returned to the custody from which he came, and have you this writ.

WITNESS the Honorable Judges of the United States District Court for the Northern District of Georgia, this 23rd day of August, 2011

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE

cc: Lisa Tarvin - AUSA
Duty Federal Defender