IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

vs.

JOSE VALENCIA,

Defendant.

Criminal Action #:

1:11-CR-239-CAP-ECS-15

## ORDER AUTHORIZING POSSESSION AND REVIEW OF DISCOVERY MATERIALS AT ROBERT DEYTON DETENTION FACILITY BY DEFENDANT

Defendant José Valencia's Motion to Authorize Possession and Review of Discovery Materials At Robert Deyton Detention Facility by Defendant having been read and considered, same is hereby GRANTED and the Warden of to Robert Deyton Detention Facility in Lovejoy, Georgia is hereby ORDERED to allow Defendant Jose Valencia reasonable opportunity to possess and view any and all discovery materials pertaining to any charges brought against him by the Government.

So ORDERED, this 21st day of August, 2011

_____
United States Magistrate Judge
Northern District of Georgia

Presented By:

s/ Stanley M. Baum
Attorney for Defendant
Georgia Bar No. 042800