# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:11-cr-00239-CAP -ECS
## USA v. Martinez-Montanez et al
## Honorable E. Clayton Scofield, III

Minute Sheet for proceedings held In Open Court on 09/26/2011.

TIME COURT COMMENCED: 10:16 A.M.
TIME COURT CONCLUDED: 10:42 A.M.          TAPE NUMBER: FTR
TIME IN COURT: 00:01                       DEPUTY CLERK: Angela Smith
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Adrian Martinez-Montanez NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Lisa Tarvin representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#1-[302]Motion for Detention DENIED AS MOOT |
| MINUTE TEXT: | Attorney Howard Manchel did not appear for the pretrial conference. No pretrial motions have been filed. |