# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:11-cr-00239-CAP -ECS
### USA v. Martinez-Montanez et al
### Honorable E. Clayton Scofield, III

Minute Sheet for proceedings held In Open Court on 09/26/2011.

TIME COURT COMMENCED: 10:16 A.M.
TIME COURT CONCLUDED: 10:42 A.M.       TAPE NUMBER: FTR
TIME IN COURT: 00:05                   DEPUTY CLERK: Angela Smith
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [16]Martin Ayala-Casteneda Present at proceedings |
| ATTORNEY(S) PRESENT: | Giles Jones representing Martin Ayala-Casteneda<br>Lisa Tarvin representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#16-[391]Motion for Miscellaneous Relief DENIED AS MOOT<br>DFT#16-[395]Motion for Additional Interpreter Funds DENIED AS MOOT<br>DFT#16-[396]Motion to Withdraw Document GRANTED |
| MINUTE TEXT: | Verbal motion by the defendant for additional time to file pretrial motions - GRANTED, Defendant has until 10/20/11 to file pretrial motions. |
| EXCLUDABLE DELAY: | The parties shall have until 10/20/11 to file any additional motions. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161(h)(7)(A) because the court found it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. |