UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA )
)
vs. ) CRIMINAL CASE NO. 1:11-CR-239-15-CAP
JOSE VALENCIA a/k/a Cobo )

**NOTICE OF SENTENCE DATE**

TO: Above named Defendant

By direction of the Honorable ___Charles A. Pannell, Jr.___, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Northern District of Georgia on__December 1__, 2011 at_11:00_ A.M. for imposition of sentence. On that date report to the U.S. Courthouse, Courtroom _2307_, 75 Spring Street, S.W., Atlanta, Georgia, 30303 where sentence will be imposed. You will receive no further notice.

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction. (Room 900 of the building.)

James N. Hatten, Clerk

DATE: ___September 27, 2011___

COUNSEL ___[signature]___

RECEIVED: ___Jose Valencia HV___

(DEFENDANT)

BY: ___Regena Martin___
COURTROOM DEPUTY CLERK

NOTE: No continuance can be granted except by Order of the court. Any request should be brought to the Court's attention as soon as possible by having your attorney call the Courtroom Deputy Clerk whose name appears above. Telephone Number (404) 215-1585.

cc: U.S. Attorney        AUSA: Lisa Tarvin
    U.S. Marshal         Plea
    U.S. Probation
    Counsel
    Defendant