# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:11-cr-00239-CAP -ECS
## USA v. Martinez-Montanez et al
## Honorable E. Clayton Scofield, III

Minute Sheet for proceedings held In Open Court on 10/11/2011.

TIME COURT COMMENCED: 2:10 P.M.
TIME COURT CONCLUDED: 30: P.M.  COURT REPORTER: Montrell Vann
TIME IN COURT: 00:51  DEPUTY CLERK: Angela Smith
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [29]Tomar Shaw Present at proceedings |
| ATTORNEY(S) PRESENT: | Steven Sadow representing Tomar Shaw<br>Lisa Tarvin representing USA |
| PROCEEDING CATEGORY: | Evidentiary Hearing; |
| MINUTE TEXT: | Exhibits G1 - Affidavit in support of application - ADMITTED, G1A - Application and affidavit case no. 1:11-MJ-1371 - ADMITTED, G1B - Application and affidavit case no. 1:11-MJ-1372 - ADMITTED, G1C - Application and affidavit case no. 1:11-MJ-1373 - ADMITTED, G2 - Search Warrant case no. 1:11-MJ-1371 - ADMITTED, G3 - Search Warrant case no. 1:11-MJ-1372, G4 - Search Warrant case no. 1:11-MJ-1373 - ADMITTED. Witness G1 - Gregory Malloy - DEA Agent, sworn and testified. Exhibit G5 - copy of Evidence log N-317 - ADMITTED. Witness G2 - Leonard Purvines, DEA Agent, Sworn and testified. Evidence Closed. Transcript due filed by 10/25/11. Defendant's brief in support due by 11/16/11. Government's Response due by 11/30/11 and any reply by the defendant to the government's response due by 12/7/11. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |