IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : NO. 1:11-CR-239-CAP-ECS |
| | : |
| MARTIN AYALA-CASTENEDA, | : |
| | : |
| Defendant. | : |

**CONSENT PRELIMINARY ORDER OF FORFEITURE**

The Court having accepted the guilty plea of Defendant Martin Ayala-Casteneda to Counts Two and Five of the Indictment, pursuant to which the Government sought forfeiture of certain property under 21 U.S.C. §§ 853 and 982(a)(1), and the Court having determined, based upon the Defendant's guilty plea, that the property described below is subject to forfeiture pursuant to 21 U.S.C. §§ 853 and 982(a)(1), that the Government has established the requisite nexus between said property and the offense charged in Counts Two and Five of the Indictment, and the Defendant having consented to this Consent Preliminary Order of Forfeiture becoming final as to him, being made a part of his sentence and being included in the judgment against him;

IT IS HEREBY ORDERED that the Defendant shall forfeit to the Government the following property, pursuant to 21 U.S.C. § 853, as property constituting, or derived from, proceeds obtained directly or indirectly from the offenses in Count Two to which he pleaded

guilty, and pursuant to and 18 U.S.C. § 982(a)(1), as property involved in the money laundering offenses in Count Five to which he pleaded guilty:

a. $279,001.00 in United States currency seized on April 6, 2011.

IT IS HEREBY ORDERED that upon entry of this order, the United States Attorney General, or his designee, is authorized to seize the above-listed property in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

The United States shall publish notice of this Order and its intent to dispose of the property in accordance with Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure and in such a manner as described in Supplemental Rule G(4)(a)(iii) and (iv) of the Federal Rules of Civil Procedure. The United States shall send written notice, in accordance with Supplemental Rule G(4)(b)(iii)-(v), to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the above-listed property in the ancillary proceeding.

Pursuant to 21 U.S.C. § 853(n)(2), any person, other than the named Defendant, asserting a legal interest in the property may within thirty days of the final publication of the notice or their receipt of the notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of their

2

alleged interest in the property and for an amendment to the order of forfeiture. Any petition filed by a third party asserting an interest in the property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstance of the petitioner's acquisition of the right, title or interest, any additional facts supporting the petitioner's claim and the relief sought.

After the disposition of any motion filed under Rule 32.2(c)(1)(A) of the Federal Rules of Criminal Procedure and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the property following the Court's disposition of all third-party interests or if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third-party petitions. The Court shall retain jurisdiction to enforce this order and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture is hereby final as to the Defendant. If no third party filed a timely claim, this order shall become the final order of forfeiture, as provided by Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

SO ORDERED this 15 day of Nov, 2011.

CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

MICHAEL J. BROWN
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No.: 064437

Consented by:

Giles Jones
Attorney for Defendant
Georgia Bar No. 400696
Office of Giles Jones
P.O. Box 1147
109 North Wall Street
Calhoun, Georgia 30703
(706) 625-2233
giles@jones-erwin.com