IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:11-CR-239-CAP-ECS |
| JOSE SANCHEZ-VALENCIA (23) and | : | (Original and Superseding) |
| GEOVANY MARTINEZ-VARGAS (24) | : | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

Pursuant to Fed. R. Crim. P. 48(a), the United States moves for leave of Court to file this dismissal of the indictments against Jose Sanchez-Valencia and Geovany Martinez-Vargas, which were filed on May 11, 2011, and June 14, 2011, respectively, and which charges them with violating 21 U.S.C. §§ 846 and 841.

This 28th day of November, 2011.

> SALLY QUILLIAN YATES
> United States Attorney
>
> /s/ Lisa W. Tarvin
>
> LISA W. TARVIN
> Assistant United States Attorney

## O R D E R

Now, on the  8th  day of  December , 2011, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion.

> /s/Charles A. Pannell, Jr.
> CHARLES A. PANNELL
> United States District Judge