# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

JESUS MANUEL SANDOVAL
AGENT TO ARREST

**WARRANT FOR ARREST**

CASE NO. 1:11-cr-239(S) CAP

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JESUS MANUEL SANDOVAL and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with (brief description of offense): CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE COCAINE.

in violation of **Title 21, United States Code, Section(s) 841, 846.**

JAN 0 4 2012

JAMES N. HATTEN
Name of Issuing Officer

Signature of Issuing Officer
AUSA: TARVIN

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

June 15, 2011 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Direct arrest by Addison PD, N/I/

Date Received: 6-15-11

Date of Arrest: 12-30-11

Name and Title of Arresting Officer

Signature of Arresting Officer
USMS N/GA.

# 44178-424