UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:11-CR-239-21-CAP-ECS |
| PEDRO PABLO GOMEZ-RIVERO, | |
| Defendant. | |

**O R D E R**

This matter is currently before the court on the January 20, 2012, Final Report and Recommendation of the Magistrate Judge ("the R&R") [Doc. No. 519]. After carefully considering the R&R and the objections thereto [Doc. No. 535], the court receives the R&R [Doc. No. 519] with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this <u>1st</u> day of March, 2011.

<u>/s/ Charles A. Pannell, Jr.</u>
CHARLES A. PANNELL, JR.
United States District Judge