UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:11-CR-239-29-CAP-ECS |
| TOMAR SHAW, a/k/a "Jay," | |
| Defendant. | |

**O R D E R**

This matter is currently before the court on the February 10, 2012, Report and Recommendation of the Magistrate Judge ("the R&R") [Doc. No. 546]. After carefully considering the R&R and the objections thereto filed by the government [Doc. No. 557], the court receives the R&R with approval and ADOPTS it as the opinion and order of this court. Accordingly, the defendant's motions to suppress [Doc. Nos. 338 and 362] are GRANTED insofar as they request suppression of the evidence obtained from the cell phones as the result of the search warrants.

SO ORDERED, this 12th day of March, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge