# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:11-cr-00239-CAP-ECS
## USA v. Martinez-Montanez et al
## Honorable E. Clayton Scofield, III

Minute Sheet for proceedings held In Open Court on 05/03/2012.

TIME COURT COMMENCED: 10:17 A.M.
TIME COURT CONCLUDED: 11:10 A.M.
TIME IN COURT: 00:53
OFFICE LOCATION: Atlanta

COURT REPORTER: Debra Jernigan
COURT INTERPRETER: Does not require one
DEPUTY CLERK: Angela Smith

| | |
|---|---|
| DEFENDANT(S): | [11]Jesus Manuel Sandoval Present at proceedings |
| ATTORNEY(S) PRESENT: | Lisa Tarvin representing USA<br>Thomas Wooldridge representing Jesus Manuel Sandoval |
| PROCEEDING CATEGORY: | Evidentiary Hearing; |
| MOTIONS RULED ON: | DFT#11-[568]Motion to Suppress Search and Seizure WITHDRAWN |
| MINUTE TEXT: | Government witness G1 - Ronald Dwayne Gooden, City of Roswell Police Officer and DEA task force agent, sworn and testified. Exhibit G12 - Line sheets - ADMITTED, G13 - GPS Ping Date- Marked. Evidence Closed. The Motion to suppress [Doc. No. 568]withdrawn by counsel for the defendant after the close of evidence. |