UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA )
)
vs. ) CRIMINAL CASE NO: 1:11-CR-239-CAP
)
MARVIN EDLEMAN RODAS-PEREZ )

**NOTICE OF SENTENCE DATE**

TO: Above named Defendant

By direction of the Honorable ___Charles A. Pannell, Jr.___, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Northern District of Georgia on _September 19_, 2012 at _3:00_ P.M. for imposition of sentence. On that date report to the U.S. Courthouse, Courtroom _2307_, 75 Spring Street, S.W., Atlanta, Georgia, 30303 where sentence will be imposed. You will receive no further notice.

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction. (Room 900 of the building.)

James N. Hatten, Clerk

DATE: ___July 26, 2012___
COUNSEL
RECEIVED:
(DEFENDANT)

BY: ___Regena Martin___
COURTROOM DEPUTY CLERK

NOTE: No continuance can be granted except by Order of the court. Any request should be brought to the Court's attention as soon as possible by having your attorney call the Courtroom Deputy Clerk whose name appears above. Telephone Number (404) 215-1585.

cc: U.S. Attorney           AUSA: Lisa Tarvin
    U.S. Marshal            Plea
    U.S. Probation
    Counsel
    Defendant