```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

UNITED STATES OF AMERICA,

       Plaintiff, | CIVIL ACTION

   v. | NO. 1:11-CR-239-31-CAP-ECS

VICTOR MANUEL ANGUIAN-
GUTIERREZ,
a/k/a/ Brujo,
a/k/a Juan Castinanda,

       Defendant.

## **O R D E R**

This matter is currently before the court on the May 9, 2012, Report and Recommendation of the Magistrate Judge ("the R&R") [Doc. No. 620]. After carefully considering the R&R and the objections thereto [Doc. No. 634], the court receives the R&R with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this  1st  day of   August   , 2012.


                                  /s/Charles A. Pannell, Jr.
                                CHARLES A. PANNELL, JR.
                                United States District Judge