# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE
**AND CLERK OF COURT**

DOCKETING SECTION
404-215-1655

September 6, 2012

Clerk's Office - **USCA No. 00-00000-00**
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia 30303

Re: *United States of America v. Jesus Manuel Sandoval*
**USDC Criminal No. 1:11-cr-239-CAP-11**

Enclosed are documents regarding an appeal in the action referenced above. Please acknowledge receipt of same on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copy of notice of appeal, docket, order and/or judgment, and commitment appealed from enclosed.** |
| ___ | Original record transmitted pursuant to request. (See attached copy of request.) |
| ___ | Appeal fees been paid. |
| ___ | Certified copy of order appointing Federal Defender Program enclosed. |
| **X** | **Certified copy of CJA order appointing counsel enclosed.** |
| ___ | Appellant has been forwarded an application to proceed IFP. |
| ___ | Appellant has been granted leave to proceed IFP, copy of order enclosed. |
| ___ | An appeal bond has been denied. |
| **X** | **District Judge appealed from is Honorable Charles A. Pannell, Jr.** |
| ___ | Other: |

The enclosed certified, record on appeal consists of:

___ Volume(s) of pleadings.          ___ Volume(s) of exhibits.

___ Volume(s) of transcripts.        ___ PSI enclosed. (SEALED)

Sincerely,

James N. Hatten
Clerk of Court

By: _P. McClam_
Deputy Clerk

Enclosures