UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | NO. 1:11-cr-00239-CAP-ECS |
| SONIA SANCHEZ. | |

**O R D E R**

After carefully considering the report and recommendation [Doc. No. 647] of the magistrate judge granting the defendant's motion to suppress [Doc. No. 341], denying as abandoned defendant's motion to suppress intercepted communications [Doc. No. 339], and denying as moot defendant's motion to suppress money seized on December 16, 2011 [Doc. No. 340], there being no objections thereto, the court receives it with approval and ADOPTS it as the opinion and order of this court.

After carefully considering the report and recommendation [Doc. No. 652] of the magistrate judge granting the defendant's motion for severance [Doc. No. 342], there being no objections thereto, the court receives it with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 20th day of September, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge