# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:11-cr-00239-CAP-ECS
## USA v. Martinez-Montanez et al
## Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 04/25/2013.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:45 P.M.　　COURT REPORTER: David Ritchey
TIME IN COURT: 00:45　　DEPUTY CLERK: Y. Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Adrian Martinez-Montanez Present at proceedings |
| ATTORNEY(S) PRESENT: | Howard Manchel representing Adrian Martinez-Montanez<br>Lisa Tarvin representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| PLEADINGS FILED IN COURT: | Consent Order of Forfeiture, filed. |
| MINUTE TEXT: | CBOP 168 mos., followed by 5 yrs spv'd release. $200 special assessment. No fine imposed. Dft given appeal rights. Dft remanded to custody of USM. |
| HEARING STATUS: | Hearing Concluded |