IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:11-CR-239-CAP |
| | ) |
| ADRIAN MARTINEZ-MONTANEZ | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 21, 2013 and ending on June 19, 2013. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 30, 2013 at Atlanta, GA.

_____
MICHAEL J. BROWN
ASSISTANT U.S. ATTORNEY

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION
# COURT CASE NUMBER: 1:11-CR-239-CAP; NOTICE OF FORFEITURE

Notice is hereby given that on April 25, 2013, in the case of <u>U.S. v. ADRIAN MARTINEZ-MONTANEZ</u>, Court Case Number 1:11-CR-239-CAP, the United States District Court for the Northern District of Georgia entered an Order condemning and forfeiting the following property to the United States of America:

2011 Kia Sorento VIN# 5XYKU4A26BG001591 (11-DEA-551527) which was seized from Yaneth Viviana Villada on July 25, 2011 at 100 Red Maple Court, located in Fountain Inn, SC

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (May 21, 2013) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 75 Spring Street S.W., Suite 2211, Atlanta, GA 30303, and a copy served upon Assistant United States Attorney Michael J. Brown, 75 Spring Street S.W., Suite 600, Atlanta, GA 30303. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 21, 2013 and June 19, 2013. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. ADRIAN MARTINEZ-MONTANEZ

**Court Case No:** 1:11-CR-239-CAP
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/21/2013 | 24.0 | Verified |
| 2 | 05/22/2013 | 24.0 | Verified |
| 3 | 05/23/2013 | 24.0 | Verified |
| 4 | 05/24/2013 | 23.9 | Verified |
| 5 | 05/25/2013 | 24.0 | Verified |
| 6 | 05/26/2013 | 24.0 | Verified |
| 7 | 05/27/2013 | 24.0 | Verified |
| 8 | 05/28/2013 | 24.0 | Verified |
| 9 | 05/29/2013 | 24.0 | Verified |
| 10 | 05/30/2013 | 24.0 | Verified |
| 11 | 05/31/2013 | 24.0 | Verified |
| 12 | 06/01/2013 | 24.0 | Verified |
| 13 | 06/02/2013 | 23.9 | Verified |
| 14 | 06/03/2013 | 24.0 | Verified |
| 15 | 06/04/2013 | 24.0 | Verified |
| 16 | 06/05/2013 | 24.0 | Verified |
| 17 | 06/06/2013 | 24.0 | Verified |
| 18 | 06/07/2013 | 23.9 | Verified |
| 19 | 06/08/2013 | 24.0 | Verified |
| 20 | 06/09/2013 | 24.0 | Verified |
| 21 | 06/10/2013 | 24.0 | Verified |
| 22 | 06/11/2013 | 24.0 | Verified |
| 23 | 06/12/2013 | 24.0 | Verified |
| 24 | 06/13/2013 | 24.0 | Verified |
| 25 | 06/14/2013 | 24.0 | Verified |
| 26 | 06/15/2013 | 24.0 | Verified |
| 27 | 06/16/2013 | 23.6 | Verified |
| 28 | 06/17/2013 | 23.9 | Verified |
| 29 | 06/18/2013 | 24.0 | Verified |
| 30 | 06/19/2013 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.