IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | Criminal Action No. |
|---|---|
| v. | 1:11-CR-239-CAP-ECS |
| Tomar Shaw | |

**Government's Motion for Leave to File Dismissal**

It appearing in the above-styled case, that under the authority of the undersigned, defendant pleading guilty to the Criminal Information filed December 4, 2013, charging violation of Title 18, U.S.C. Section(s) 1952(a)(3) &2, Count 2 of the Indictment is dismissed as to Tomar Shaw and Movant prays leave of Court to file the same.

Respectfully submitted,

SALLY QUILLIAN YATES
*United States Attorney*

By: s/LISA W. TARVIN
*Assistant United States Attorneys*
Georgia Bar No. 574960
LISA.TARVIN@USDOJ.GOV

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

---

**Order**

Now, to-wit, on the _____ day of _____, 20___, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE