IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | Criminal Action No. |
|---|---|
| v. | 1:11-CR-239-CAP-ECS |
| Tomar Shaw | |

**Government's Motion for Leave to File Dismissal**

It appearing in the above-styled case, that under the authority of the undersigned, defendant pleading guilty to the Criminal Information filed December 4, 2013, charging violation of Title 18, U.S.C. Section(s) 1952(a)(3) &2, Count 2 of the Indictment is dismissed as to Tomar Shaw and Movant prays leave of Court to file the same.

Respectfully submitted,

SALLY QUILLIAN YATES
*United States Attorney*

By: s/LISA W. TARVIN
*Assistant United States Attorneys*
Georgia Bar No. 574960
LISA.TARVIN@USDOJ.GOV

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

---

**Order**

Now, to-wit, on the 10th day of February, 20 14, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE