

U.S. Department of Justice

United States Marshals Service

Northern District of Georgia

Atlanta Division

March 18, 2014

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 19 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. Jose W. Tejada
3325 Perry Ave 2nd Floor
Bronx, NY 10467

**SUBJECT:** Voluntary Surrender/Reporting Information
Reg. No. 65230-054, Case No. 1:11-CR-239-09-CAP

Dear Mr. Tejada:

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

INSTITUTION: **Federal Correctional Institute
Fort Dix Camp
Ft. Dix, New Jersey 08640**

TELEPHONE NO.: (609) 723-1100

REPORT DATE: **NOON, April 10, 2014**

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

BEVERLY HARVARD
UNITED STATES MARSHAL

RONNIE D VIRDEN
CRIMINAL SECTION

cc: Clerk of Court
Pretrial Services
U.S. Probation Office