

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Spring Street S.W., Suite 600*  *Fax: (404) 581-6181*
*Atlanta, Georgia 30303*

June 3, 2014

James N. Hatten
Clerk of the Court
2212 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

Re: Notice of Withdrawal of Counsel Michael V. Herskowitz
    *United States v. Martinez-Montanez, et al.*
    Criminal Action No. 1:11-CR-00239-CAP-ECS

Dear Mr. Hatten:

This is to notify you that I am no longer counsel on the above-styled case. Please remove my name from the electronic notification.

    Sincerely,

    */s/ Michael V. Herskowitz*
    MICHAEL V. HERSKOWITZ
    *Assistant United States Attorney*
    Georgia Bar No. 349515

    600 U.S. Courthouse
    75 Spring St., S.W.
    Atlanta, GA 30303
    (404)581-6000
    (404)581-6181 (Fax)

cc:
All Counsel of Record by ECF Notification