## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 23, 2015

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 13-11920-BB
Case Style: USA v. Roberto Perez-Mendoza
District Court Docket No: 1:11-cr-00239-CAP-ECS-2

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

All pending motions are now rendered moot in light of the attached order.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol R. Lewis, BB
Phone #: (404) 335-6179

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-11920-BB
_____

UNITED STATES OF AMERICA,

                                                  Plaintiff - Appellee,

versus

ROBERTO PEREZ-MENDOZA,
a.k.a. Carlos,

                                                  Defendant - Appellant.

_____

On Appeal from the United States District Court for the
Northern District of Georgia

_____

BEFORE:    MARCUS and MARTIN, Circuit Judges.

BY THE COURT:

      The "Dismissal Agreement," which is construed as a motion to dismiss the appeal with prejudice, is GRANTED.