UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff - Respondent, ) | USDC Case No: 1:11-CR-239-07-CAP |
| vs. ) | |
| Colon-Hernandez, Javier, ) | Hon. Charles A. Pannell, Jr |
| Defendant - Petitioner. ) | United States District Judge |

## PRO SE MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

(Retroactive Guideline Amendment 782)

I hereby respectfully request a modification or reduction of my sentence pursuant to 18 U.S.C. §3582(c)(2) and the new guideline amendment 782 to the United States Sentencing Guidelines, which make a reduction in the base offense level for most drug offenses retroactive as of November 1, 2014.

In support of my motion, I state as follows:

1. I am currently serving a federal term of imprisonment.

2. My sentence was based, at least in part on drugs ___Yes___ (Yes/No)

3. I was sentenced in the ___Northern___ District of ___Georgia___ by Judge ___Panell, Jr___ on ___11-08-2012___ (date) to a term of ___72___ months in prison. My total offense level was ___27___ and my criminal history category was ___I___.

4. My projected release date is ___09-04-2016___.

5. I hereby request a court appointed attorney ___Yes___ (Yes/No) and permission to proceed in forma pauperis.

Signature of Petitioner ___Javier Colon Hernandez___ Date: __02-23-2015__

Print or Typed Name: __Colon-Hernandez, Javier__ Reg. No. __62911-019__

Current Address: __Correctional Institution, P.O. Drawer 30,__
__McRae, GA 31055__

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was sent via postage prepaid United States Mail to the Office of the U.S. Attorney for the __Northern__ District of __Georgia__ this __23rd__ day of __August__, 2015.

Signature: __Javier Colon Hernandez__

Javier Colon-Hernandez
Reg#:62911-019
C.I. MacRae
P.O. Drawer 30
McRae, GA 31055



MACON GA 310

This correspondence originated from
McRae Correctional Facility
Said facility is not responsible
for the substance or contents

24 FEB 2015 PM 1 L

CONFIDENTIAL

U.S. District Court,
Northern District of Georgia
U.S. Courthouse, 75 Spring Street, SW, Room 2211,
Atlanta, GA 30303-3309

FEB 26 2015

30303391861

McRAE CORRECTIONAL FACILITY
Mcrae, Georgia 31055
The enclosed letter was processed through mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises question or problem over which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return this enclosure to the above adress.

Date 02-24-15  Staff ____