# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

1:11-cr-00239-CAP-ECS / 1:14-cv-1456-CAP-ECS
**USA v. Martinez-Montanez et al**
**Honorable E. Clayton Scofield, III**

Minute Sheet for proceedings held In Open Court on 03/24/2015.

TIME COURT COMMENCED: 10:21 A.M.
TIME COURT CONCLUDED: 10:23 A.M.
TIME IN COURT: 00:02
OFFICE LOCATION: Atlanta
COURT REPORTER: Judith Wolff
COURT INTERPRETER: David Hoover
DEPUTY CLERK: Angela Smith

| | |
|---|---|
| DEFENDANT(S): | [1]Adrian Martinez-Montanez Present at proceedings |
| ATTORNEY(S) PRESENT: | Colette Steel representing Adrian Martinez-Montanez<br>Lisa Tarvin representing USA |
| PROCEEDING CATEGORY: | Evidentiary Hearing; |
| MOTIONS RULED ON: | DFT#1-[855]Motion to Vacate (2255) WITHDRAWN by the Defendant. |
| MINUTE TEXT: | Counsel for the defendant advised the court at the hearing that the defendant wished to withdraw the motion. The court made inquiry into the motion and the defendant confirmed he wished to withdraw the motion. The motion is deemed WITHDRAWN by the defendant. No evidentiary was held. |