# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

WILSON TEJADA
AGENT TO ARREST

**WARRANT FOR ARREST**

CASE NO. 1:11-cr-239(S) -9- CAP

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest WILSON TEJADA and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with (brief description of offense): CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE COCAINE.

in violation of **Title 21, United States Code, Section(s) 841, 846.**

JAMES N. HATTEN
Name of Issuing Officer

[signature] D. Walker
Signature of Issuing Officer
AUSA: TARVIN

Bail Fixed at $ _____

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

June 15, 2011 at Atlanta, Georgia
Date and Location

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 04 2015
JAMES N. HATTEN, Clerk
By: [signature]
Name of Judicial Officer       Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:
DEA S/NY

Date Received: 6-16-11

Date of Arrest: 6-7-11

Name and Title of Arresting Officer

[signature] Thomi Benton, USMS N/GA
Signature of Arresting Officer

# 65236-054