AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

2011 JUN 15

U.S. MARSHALS SERVICE
NORTHERN GEORGIA

UNITED STATES OF AMERICA,

vs.

FELIX JOSE VARGAS
AGENT TO ARREST

**WARRANT FOR ARREST**

CASE NO. 1:11-cr-239(S) -18- CAP

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest FELIX JOSE VARGAS and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with (brief description of offense): CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE COCAINE.

in violation of **Title 21, United States Code, Section(s) 841, 846.**

JAMES N. HATTEN
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer
AUSA: TARVIN

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

June 15, 2011 at Atlanta, Georgia
Date and Location

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 04 2015
JAMES N. HATTEN, Clerk
By: *[signature]*
Name of Judicial Officer

Bail Fixed at $ _____

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Ft. Lauderdale Fl airport by USMS S/FL

Date Received: 6-15-11

Date of Arrest: 7-29-15

Name and Title of Arresting Officer

*[signature]* Thoms Benton, USMS N/GA
Signature of Arresting Officer

# 08263-104