RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG - 6 2015
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

(your name here): Rodas perez Marvin Edelmiro

(your Fed Reg No here): 62896-019

Federal Correctional Institution Ray Brook

Post Office Box 900

Ray Brook, New York 12977

Federal Public Defender

(address:) 101 Marieta Street N.W. Suete.1500
Atlanta, GA 30303

RE: (your criminal case number here): 1:11-CR-239-04-CAP

ATTN: TWO-POINTS SENTENCE REDUCTION COORDINATOR

Dear Sir/Madam:

Hereby, please find my request for your screening and assignment for a new Federal Public Defender. On (your sentence date here) 10-04-12, I was sentenced for a non-violent drug charge(s) on the above criminal case number in the Atlanta District of GA. Currently, I am incarcerated at F.C.I. Ray Brook-New York where I was informed about Amendment 782 to the Sentencing Guidelines that applies in my case retroactively. Therefore, and since the (BOP) Bureau of Prisons is not involved in determining whether or not an inmate is eligible for a sentence reduction, I am submitting my request for screening and assignment of counsel with the sole purpose to file a 18 U.S.C. § 3582(c)(2) Motion to reduce my sentence by two-points. If you are so kind to forward me further instructions to the above address I would thank you for your time and favorable assistance on the above request.

Respectfully Submitted,

By,

Dated: 7-21-15

/s/ [signature]

(your signature here above)

cc: File/Two-Points Reduction

**FEDERAL DEFENDER PROGRAM, INC.**
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

SUITE 1500, CENTENNIAL TOWER
101 MARIETTA STREET, N.W.
ATLANTA, GEORGIA 30303

N METRO
GA 301
04 AUG '15
PM 4 L

*U.S. District Court Northern District of GA*
*Attn: Clerk's Office*
*2211 U.S. Courthouse*
*75 Spring Street, SW*
*Atlanta, Georgia 30303*