# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:11-cr-00239-CAP-CMS**
**USA v. Martinez-Montanez et al**
**Honorable Catherine M Salinas**

Minute Sheet for proceedings held In Open Court on 09/10/2015.

TIME COURT COMMENCED: 10:02 A.M.
TIME COURT CONCLUDED: 10:09 A.M.    TAPE NUMBER: FTR
TIME IN COURT: 00:07                DEPUTY CLERK: Lisa Enix
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [18]Felix Jose Vargas NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Mark Campbell representing Felix Jose Vargas<br>Lisa Tarvin representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| PRETRIAL CONFERENCE INFO: | Rule 16(PTO ¶¶ II.B./IV.A.-Defendant) Provided<br>Rule 12(b)(4) (PTO ¶¶ II.B./IV.B.-Defendant) Requested<br>Rule 404(b)(PTO ¶IV.C.-Defendant) Requested<br>Rule 16(PTO ¶¶ II.B./IV.P.-Government) Requested |
| MINUTE TEXT: | Defendant's oral motion for additional time to file pretrial motions, GRANTED. The Defendant shall have until November 10th to file motions. |
| EXCLUDABLE DELAY: | The defendant shall have until 11/10/15 to file any pretrial motions. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161(h)(7)(A) because the court found it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. |
| ADDL HEARING(S) SCHEDULED: | Second Pretrial Conference set for 11/16/15 at 9:30 a.m. in Courtroom 1810; |